UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE:   ARLENE R. LINDSAY                    DATE: 6/10/2010
          United States Magistrate Judge
                                                TIME: 11:30 am

DOCKET NO: CV 09-2254 (LDW)

CASE: Harper v. GEICO

____   INITIAL CONFERENCE
  X    STATUS CONFERENCE                       BY TELEPHONE____
____   SETTLEMENT CONFERENCE
____   FINAL CONFERENCE  ORDER

          APPEARANCES:        FOR PLAINTIFF:         FOR DEFENDANT:

                              Fran Rudich            Eric Hemmendinger

                                                     Laura Lestrade

The following rulings were made:

   On consent, the following briefing schedule for the defendant's motion for summary judgment and the plaintiff's motion for certification as a collective action is adopted:

   The parties' motions shall be briefed simultaneously. The parties' shall serve their respective moving papers by July 23, 2010. Responses shall be served by August 20, 2010. Replies shall be served and the fully briefed motions should be filed with the court on September 10, 2010.

                              SO ORDERED:
                              _____/s/_____