```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CANDACE HARPER, Individually and on            :
Behalf of All Other Persons Similarly Situated, :
                                                :
                     Plaintiffs,                :
                                                :    09-cv-2254 (LDW) (ARL)
         -against-                              :
                                                :
GOVERNMENT EMPLOYEES INSURANCE                  :
COMPANY a/k/a GEICO,                            :
                                                :
                     Defendant.                 :
-------------------------------------------------------------X
```

## DECLARATION OF SETH R. LESSER

I, SETH R. LESSER, declare under the penalty of perjury and state as follows:

    1.    I am a member of the bar of this Court and a partner at Klafter Olsen & Lesser LLP, attorneys for Plaintiff Candace Harper in the above-captioned case. I submit this Declaration in Support of Plaintiff's Motion for Conditional Certification Pursuant to 29 U.S.C. § 216(b).

    2.    Attached to this Declaration as Exhibit A hereto is a true and accurate copy of the transcript of Candace Harper deposition taken in this matter on March 18, 2010.

    3.    Attached to this Declaration as Exhibit B hereto are true and accurate copies of documents produced by Defendant GEICO identified with Bates No. GEICO.00254, GEICO.00255, GEICO.00275, GEICO.00276, GEICO.00277.

    4.    Attached to this Declaration as Exhibit C hereto is a true and accurate copy of the transcript of John W. Pham deposition taken in this matter on March 24, 2010.

    5.    Attached to this Declaration as Exhibit D hereto is a true and accurate copy of the transcript of Marlene Harris-Grant deposition taken in this matter on May 3, 2010.

2

6. Attached to this Declaration as Exhibit E hereto is a true and accurate copy of documents that constitute the Claims Manual and the updated Chapters thereto as produced by GEICO in this matter.

Executed on July 23, 2010

/s/ Seth R. Lesser

Seth R. Lesser