## Grade 63
## TCRI

**Job Duties:**

- Successfully meets and maintains Grade 63 goals.
- Conducts necessary investigations to determine policy coverage and details of the loss.
- Analyzes information and determines the Company's liability under the policy contract.
- Evaluates claims and negotiates PD settlements.
- Determines possible payment recovery
- May settle PIP, Medical or Total Theft payment claims.
- Performs at an "A" level.

**Job Requirements:**

- Demonstrated proficiency at CSRII or college graduate.
- Proficient on a Windows based PC or with claims computer systems.
- Good oral communication skills.
- Energetic and confident with an outgoing personality.
- Must successfully complete all appropriate training modules.
- Must pass any required regional specific state required tests.
- Must qualify for regional specific state required licenses.
- Good dependability (meets or exceeds regional and company standards).

**Job Success Factors:**

- Outgoing and friendly with the customer while maintaining a high degree of professionalism.
- Strong focus on doing things right the first time.
- Able to effectively multi-task.
- Good phone etiquette.
- Good active listening skills (can work with information you hear to respond in the most effective way).
- Energetic, enthusiastic and confident.
- Demonstrates positive attitude.
- Good interpersonal skills.
- Exercises uncompromising integrity.
- Positively responds to coaching and feedback.
- Good dependability (meets or exceeds regional and company standards).

**Training Opportunities:**

- Any training opportunities not taken advantage of in previous position and:
- Time Management.
- Strategies for Business Writing.
- Claim Investigation Pictorial.
- Interpreting Medical Reports Pictorial.
- AIC 33 The Claims Environment.

GEICO.00254

3/07

# Grade 64
## TCRII

**Job Duties:**
- Successfully meets and maintains Grade 64 goals.
- Conducts necessary investigations to determine policy coverage and details of the loss.
- Analyzes information and determines the Company's liability under the policy contract.
- Evaluates claims and negotiates PD and BI settlements.
- Determines possible payment recovery.
- May settle PIP and/or Medical claims.
- Performs at an "A" level.

**Job Requirements:**
- Demonstrated proficiency at TCR1 or equivalent outside experience.
- Proficient on a Windows based PC or with claims computer systems.
- Good oral communication skills.
- Energetic and confident with an outgoing personality.
- Must successfully complete all appropriate training modules which includes 2 weeks off site training (Central Liability School).
- Must pass any required regional specific state required tests.
- Must qualify for regional specific state required licenses.
- Good dependability (meets or exceeds regional and company standards).

**Job Success Factors:**
- Outgoing and friendly with the customer while maintaining a high degree of professionalism.
- Strong focus on doing things right the first time.
- Able to effectively multi-task.
- Good phone etiquette.
- Good active listening skills (can work with information you hear to respond in the most effective way).
- Energetic, enthusiastic and confident.
- Demonstrates positive attitude.
- Good interpersonal skills.
- Exercises uncompromising integrity.
- Positively responds to coaching and feedback.
- Good dependability (meets or exceeds regional and company standards).

**Training Opportunities:**
- Any training opportunities not taken advantage of in previous position and:
- Medical Tests and Signs Pictorial.
- AEI Legal Principles.
- AIC 34 Worker's Comp and Managing Bodily Injury Claims.

GEICO.00255

3/07

GOVERNMENT EMPLOYEES COMPANIES

Position:    Telephone Claims Rep. I               Code:    63122

Incumbent:   Multiple                              Date:    12/06

Department:  Regions - (Except CA)                 FLSA STATUS:  EXEMPT

Primary Position Objective:

Under general supervision, EFFECTS the disposition of property and/or casualty insurance claims by telephone in accordance with policy provisions. May settle PIP or Medical payment claims or Total Theft claims. **This position is used for associates who have completed orientation.**

Major Functions:

1. CONDUCTS necessary investigations to determine policy coverage and details of the loss by telephone.

2. ANALYZES information and DETERMINES the Company's liability under the policy contract.

3. EVALUATES claims, NEGOTIATES settlements, and KEYS payments.

4. May SETTLE PIP, Medical or Total Theft payment claims.

5. DETERMINES possible subrogation recovery.

6. REFERS claims exceeding personal settlement authority or settlement time guidelines to the Telephone Adjusting Supervisor.

7. ACCESSES Claims Systems to document, retrieve and maintain file to closing.

8. CONDUCTS necessary investigations to determine policy coverage and details of theft claims by correspondence, telephone, personal contact or through contact by staff adjusters with policyholders and/or their representatives, claimants, and other interested parties. EVALUATE claims and NEGOTIATES settlements or DIRECTS the negotiation of settlements by staff adjusters.

**REGULAR JOB ATTENDANCE IS AN ESSENTIAL ELEMENT OF THE JOB.**

GEICO.00275

<u>GOVERNMENT EMPLOYEES COMPANIES</u>

Code:   63122

<u>Problem resolution</u>:

Claims for all types of coverages will be settled by the position.

<u>Scope</u>:
Refer to current Technical Claims Memorandum for maximum settlement authority levels.

**REGULAR JOB ATTENDANCE IS AN ESSENTIAL ELEMENT OF THE JOB.**

GEICO.00276

GOVERNMENT EMPLOYEES COMPANIES

Position: Telephone Claims Representative II        Code: 64106

Incumbent: Multiple                                  Date: 12/06

Department: Claims - (Except CA)

FLSA STATUS: EXEMPT

Primary Position Objective:

Under general direction, EFFECTS the disposition of property and/or casualty insurance claims by telephone in accordance with policy provisions. May settle PIP or Medical payment claims.

Major Functions:

1. CONDUCTS necessary investigations to determine policy coverage and details of the loss by telephone.

2. ANALYZES information and DETERMINES the Company's liability under the policy contract.

3. EVALUATES claims and NEGOTIATES settlements by telephone. KEYS payments.

4. May SETTLE PIP or Medical payment claims.

5. DETERMINES possible payment recovery.

6. REFERS claims exceeding personal settlement authority or settlement time guidelines to the Telephone Adjusting Supervisor.

7. USES CRT to access Claims Systems to document, retrieve and maintain file to closing.

Scope:

Refer to current Technical Claims Memorandum for maximum settlement authority levels.

**REGULAR JOB ATTENDANCE IS AN ESSENTIAL ELEMENT OF THE JOB.**

GEICO.00277