1

1

2     UNITED STATES DISTRICT COURT

3     EASTERN DISTRICT OF NEW YORK

4     Index No. 2:09-CV-02254

5     ----------------------------------x

      CANDACE HARPER, Individually and on Behalf

6     of All Other Persons Similarly Situated,

7                     Plaintiff,

8

9        - against -

10

11    GOVERNMENT EMPLOYEES INSURANCE COMPANY

      a/k/a GEICO,

12

                      Defendant.

13    ----------------------------------x

                      March 24, 2010

14                    10:10 a.m.

15

16

17        Deposition of JOHN W. PHAM, taken by

18    Plaintiff, pursuant to Notice, held at the

19    offices of Dorsey & Whitney LLP, 250 Park

20    Avenue, New York, New York, before Todd

21    DeSimone, a Registered Professional

22    Reporter and Notary Public of the State of

23    New York.

24

25

2

1
2  A P P E A R A N C E S :
3  KLAFTER OLSEN & LESSER LLP
   Two International Drive
4  Suite 350
   Rye Brook, New York 10573
5          Attorneys for Plaintiff
   BY:    FRAN RUDICH, ESQ.
6          frudich@klafterolsen.com
          LANA KOROLEVA, ESQ.
7          lkoroleva@klafterolsen.com
8
9
   SHAWE ROSENTHAL LLP
10 20 South Charles Street
   11th Floor
11 Baltimore, Maryland 21201
          Attorneys for Defendant
12 BY:    ERIC HEMMENDINGER, ESQ.
          eh@shawe.com
13
14
15 DORSEY & WHITNEY LLP
   250 Park Avenue
16 New York, New York 10177
          Attorneys for Defendant
17 BY:    LAURA M. LESTRADE, ESQ.
          lestrade.laura@dorsey.com
18
19
20
21 ALSO PRESENT:
22   WILLIAM C.E. ROBINSON, GEICO
23   MARLENE HARRIS-GRANT, GEICO
24
25

3

| | |
|---|---|
| 1 | J. PHAM |
| 2 | J O H N  W.  P H A M, |
| 3 | called as a witness, having been first |
| 4 | duly sworn, was examined and testified |
| 5 | as follows: |
| 6 | EXAMINATION BY MS. RUDICH: |
| 7 | Q.     Good morning, Mr. Pham.  My |
| 8 | name is Fran Rudich.  I'm an attorney for |
| 9 | Candace Harper in a case that is pending |
| 10 | in the Eastern District of New York |
| 11 | against GEICO. |
| 12 | I'm going to be asking you some |
| 13 | questions this morning in connection with |
| 14 | that case.  If you don't understand a |
| 15 | question, please let me know, and I will |
| 16 | try to rephrase it.  If you don't hear a |
| 17 | question, please also let me know, and I |
| 18 | will have the court reporter, the |
| 19 | gentleman who is sitting to your right, |
| 20 | will read it back to you. |
| 21 | Because the court reporter is |
| 22 | taking down everything that is said in |
| 23 | this room today when we are on the record, |
| 24 | I would appreciate it if you just wait for |
| 25 | me to finish my questions before you |

4

J. PHAM

1

2    answer, because I'm sure you are going to

3    be anticipating what the questions are,

4    and it is human nature to just answer.

5            But in order for us to get a

6    clear record of the deposition here today,

7    it is important for you to wait for me to

8    finish the question and we don't talk on

9    top of each other.  Okay?

10   A.       Okay.

11   Q.       Also, make sure -- I would like

12   you to answer all of my questions

13   verbally.  Even though you might want to

14   shake your head or nod your head or shrug

15   your shoulders, again, the court reporter

16   can't take all of that down.  So make sure

17   that you answer all of the questions

18   verbally.

19   A.       Okay.

20   Q.       This is not a forced march.  I

21   don't want you to think you are stuck in

22   this room.  If you need to take a break,

23   let me know or your attorney know, and I

24   will be happy to accommodate you.

25   A.       Thank you.

5

J. PHAM

1

2      Q.      Please state your name for the

3   record.

4      A.      John Pham.

5      Q.      And you are appearing today on

6   behalf of GEICO, correct?

7      A.      Yes.

8      Q.      So what is your business

9   address?

10     A.      750 Woodbury Road, Woodbury,

11   New York, 11797.

12             MS. RUDICH:  Off the record.

13             (Discussion off the record.)

14   BY MS. RUDICH:

15     Q.      Are you employed, Mr. Pham?

16     A.      Yes.

17     Q.      Who is your employer?

18     A.      GEICO.

19     Q.      And what is your current title?

20     A.      Assistant vice president of

21   Claims for Region II.

22     Q.      What is Region II?

23     A.      Region II is the profit center

24   at GEICO responsible for the State of New

25   York.

6

J. PHAM

1

2    Q.    When you say "profit center,"

3  what do you mean by "profit center"?

4    A.    We are responsible for all of

5  the business activity of GEICO in the

6  state of New York.

7    Q.    And what are your duties and

8  responsibilities as assistant vice

9  president of Claims for Region II?

10   A.    I'm responsible for all claims

11  activity in the state of New York.

12   Q.    For a layperson who knows much

13  less than you, what does it mean to be

14  responsible for all claims activity in New

15  York?

16   A.    We sell car insurance at GEICO.

17  That's the product that we sell.  As part

18  of that product, when our customers have a

19  claim, we resolve that claim for them.  I

20  am responsible for the resolution of

21  claims should they arise from the issuance

22  of a policy in New York.

23   Q.    Are you represented by counsel

24  here today?

25   A.    Yes.

7

1              J. PHAM

2     Q.      And who is your counsel?

3     A.      Eric Hemmendinger.

4     Q.      Do you understand that you've

5  been designated as a witness to testify on

6  behalf of GEICO with respect to certain

7  topics or certain issues?

8     A.      Yes.

9     Q.      Are you on any medications here

10  today?

11     A.      No.

12     Q.      Are you suffering from any

13  illnesses that might impair your ability

14  to testify?

15     A.      No.

16     Q.      Did you prepare in any way for

17  today's deposition?

18     A.      Yes.

19     Q.      And what did you do to prepare?

20     A.      I read over my answers to

21  interrogatories and I met with my attorney

22  to go over, I think there was an exhibit

23  that you gave him of questions that are

24  generally asked.

25     Q.      I think it was the topic -- was

8

J. PHAM

1
2  it like a list of topics that were

3  going -- I will make this easier.

4          MS. RUDICH:  I'm going to ask

5  that this next document be marked as Pham

6  Exhibit 1.  It is the notice of deposition

7  pursuant to Federal Rule of Procedure

8  30(b)(6) that has been served on

9  defendants in this case.

10         (Pham Exhibit 1 marked for

11  identification.)

12     Q.     Mr. Pham, please take a look at

13  what has been marked as Pham Exhibit 1.

14         (Witness perusing document.)

15     Q.     Have you ever seen this

16  document before?

17     A.     Yes.  This is the document that

18  I was referring to in my answer to your

19  prior question.

20     Q.     So the list that is set forth

21  on Exhibit A was the list that you were

22  referring to in your previous testimony?

23     A.     Yes.

24     Q.     Now, do you know which topics

25  you have been designated as a witness to

9

J. PHAM

1

2    testify on behalf of GEICO by number?

3       A.      No.

4            MS. RUDICH:  Mr. Hemmendinger,

5    would you like to --

6            MR. HEMMENDINGER:  He is the

7    only corporate designee witness that we

8    have designated.  I think he is able to

9    cover everything to a reasonable degree of

10   depth.  If we end up having to get real

11   technical about a computer program --

12           MS. RUDICH:  I just wanted to

13   make sure -- off the record.

14           (Discussion off the record.)

15   BY MS. RUDICH:

16      Q.      How long have you worked for

17   GEICO?

18      A.      It will be 20 years this June.

19      Q.      Can you just give me a list,

20   chronologically, of the titles that you

21   have held at GEICO starting from the

22   earliest to the present?

23      A.      I can try.

24      Q.      I don't need the exact dates,

25   just the dates and titles.

J. PHAM

1

2      A.      I started as a management

3   intern.  The management intern position, I

4   rotated through any number of technical

5   positions in Claims and Underwriting.

6              Upon completion of the

7   management intern program, I became a TA2

8   examiner.  Then I became a continuing unit

9   examiner.  Then I became a supervisor in

10  Auto Damage.  Then I was assistant manager

11  in CSR.  Then I was a manager in Sales.

12  Then a director in Sales.  Then I was the

13  director of our Motorcycle operation.

14  Then I was the sales process coordinator.

15  Then assistant vice president of Claims.

16     Q.      What was the time period that

17  you held the position of TA2?

18     A.      I'm not sure.  Probably -- I

19  graduated in 1990, so it would have been

20  somewhere between '92 and '94 maybe.

21              MR. HEMMENDINGER:  John, the

22  court reporter could speak for himself,

23  but I wasn't sure what part of that you

24  intended to be on the record and which

25  part you were thinking out loud.

11

1              J. PHAM

2       A.     I would say I'm not sure.

3       Q.     Now, you said that you were a

4   supervisor in Auto Damage.  What years did

5   you hold the position of supervisor in

6   Auto Damage?

7       A.     I don't recall.

8       Q.     And what were your duties and

9   responsibilities as a supervisor in Auto

10  Damage?

11      A.     I was a supervisor of a

12  clerical bill-paying unit.  We paid the

13  glass -- bills for glass claims and for

14  towing claims.

15      Q.     When were you the assistant

16  manager in CSR?

17      A.     I don't recall.

18      Q.     What does CSR stand for?

19      A.     CSR stands for claims service

20  representative.

21      Q.     What were your duties and

22  responsibilities as assistant manager in

23  CSR?

24      A.     I was to assist in running --

25  it is basically the telephone area where

```
 1                    J. PHAM
 2    loss reports are received.
 3        Q.      When you say "the telephone
 4    area where loss reports are received," do
 5    you mean the area -- the people who
 6    receive the initial phone call reporting
 7    some type of accident or loss or incident?
 8        A.      That's correct.
 9                I forgot, I also held the
10    position of -- I was a Glass manager
11    before I was in Sales, between CSR and
12    Sales.
13        Q.      And what were your duties and
14    responsibilities as a Glass manager?
15        A.      I was responsible for starting
16    a unit that handled glass claims
17    countrywide.
18        Q.      And then what years did you
19    hold the position of manager in Sales?
20        A.      I don't recall.
21        Q.      And what were your duties and
22    responsibilities?
23        A.      I was responsible for the
24    agents who were selling new policies for
25    GEICO on the phone.
```

1                      J. PHAM

2          Q.      Does GEICO only sell car

3      insurance or do they have other type of

4      homeowner's or umbrella policies, things

5      like that?

6          A.      GEICO sells primarily car

7      insurance.  We do also sell other

8      products, homeowner's insurance.  We don't

9      sell life insurance, renter's insurance

10     through an agency.  Most of our business

11     is done auto.  My positions all only

12     related to automobile insurance.

13         Q.      And that's done directly

14     through the company, they don't have

15     agents for that, for GEICO?

16              I'm sorry, I interrupted you.

17     I apologize.

18         A.      Which is?

19         Q.      Is automobile sold through

20     agents or directly through the company?

21         A.      We have a small portion of what

22     I guess people would consider captive

23     agents.  We call them GEICO field

24     representatives.

25         Q.      When did you hold the position

Case 2:09-cv-02254-LDW-ARL   Document 36-5   Filed 09/17/10   Page 14 of 131

1                    J. PHAM

2  of director of Sales?

3       A.    I don't recall.

4       Q.    And what was your duties and

5  responsibilities in that position?

6       A.    In that position, I had to

7  oversee all of the sales operations and

8  had several managers reporting to me, auto

9  sales, on the phone.

10      Q.    And was this for a particular

11 region or for the country?

12      A.    This was for Region I.

13      Q.    And what is Region I?

14      A.    Region I at that time was

15 responsible for, if I recall correctly,

16 Maryland, Virginia, D.C., West Virginia,

17 and Delaware.

18      Q.    And when were you the director

19 of Motorcycle Operations?

20      A.    I don't recall the specific

21 dates.

22      Q.    What were your duties and

23 responsibilities as a director of

24 Motorcycle Operations?

25      A.    I was responsible for sales,

15

1                     J. PHAM

2    service, and underwriting for motorcycle

3    insurance countrywide.

4        Q.      And when did you hold the

5    position of sales process coordinator?

6        A.      I don't recall specific dates.

7        Q.      Do you recall the years?

8        A.      No.

9        Q.      And what were your duties and

10   responsibilities as a sales process

11   coordinator?

12       A.      I was responsible for

13   implementing Lean Six Sigma in the sales

14   process at GEICO.

15       Q.      Lean Six Sigma?

16       A.      Correct.

17       Q.      I know Six Sigma is a type

18   of -- it is -- what is Six Sigma?

19       A.      Six Sigma is basically a method

20   for improving processes.

21       Q.      So can you describe what the

22   Lean Six Sigma is?

23       A.      Sure, I can try it.  How much

24   time do you have?

25       Q.      Give me the abridged,

16

J. PHAM

1

2    condensed, stupid person's version.

3        A.      Lean thinking basically is also

4    designed to improve processes.  So Lean

5    and Six Sigma, what you are looking to do

6    is to be able to solve problems for the

7    business and design processes that result

8    in doing things better, faster, and

9    cheaper.

10       Q.      Now, when you say "lean," are

11   you talking about l-e-a-n?

12       A.      Yes.

13       Q.      So you are not talking about

14   liens, like legal liens?

15       A.      No, not at all.

16       Q.      Now I understand.

17               And how long have you held the

18   position of assistant VP of Claims?

19       A.      Since 2005.

20       Q.      Have you held the position of

21   assistant VP of Claims continuously from

22   2005 to today?

23       A.      Yes.

24       Q.      Now, what are your duties --

25   what are TCRs?

1              J. PHAM

2       A.      TCRs stands for telephone claim

3   representative.

4       Q.      And what are your duties as

5   assistant VP of Claims as they relate

6   to -- I'm going to withdraw that question.

7               How many different TCR

8   positions are there in GEICO?

9       A.      We have telephone claim

10  representative I's and telephone claim

11  representative II's.

12      Q.      Now, did you ever hear of a job

13  called TA examiner I and TA examiner II?

14      A.      Yes.

15      Q.      What is a TA examiner I?

16      A.      It is the same as a telephone

17  claims representative I.

18      Q.      And what is a TA examiner II?

19      A.      The same as a telephone claims

20  representative II.

21      Q.      It is just a different name for

22  the same job?

23      A.      Yes.

24      Q.      Just to make it confusing.

25  What does TA stand for?

18

J. PHAM

1

2      A.        Telephone adjuster.

3      Q.        What are the duties and

4 responsibilities of a TCR I or a TA

5 examiner I, are they the same?

6      A.        Yes, they are the same.

7      Q.        So what are their

8 responsibilities?

9      A.        I think I answered that in the

10 answer to interrogatories.

11     Q.        But even though you might have

12 answered the question in interrogatories,

13 I'm still allowed to ask you the same

14 questions or related questions here.

15     A.        Okay.  Could I see how I

16 answered the question?

17     Q.        No.  I would like you to just

18 answer the question.

19     A.        Okay.

20          TCR I's essentially investigate

21 and resolve coverage for claims involving

22 property damage and not bodily injury

23 where there is some question as to

24 liability.

25     Q.        What do you mean by "where

1                    J. PHAM

2     there is some question as to liability"?

3          A.      There is some dispute as to who

4     is at fault in the accident.

5          Q.      Now, who handles claims in

6     which there is no question of liability --

7     withdrawn.

8                  What position handles claims,

9     property damage claims, where there is no

10    question of liability?

11         A.      In most cases, CSRs.

12         Q.      And what does CSR stand for?

13         A.      Claim service representative.

14         Q.      Now, is there a division or a

15    group in which TCR I and II and CSR work

16    in?  Is it referred to in any way within

17    GEICO?

18         A.      I'm not sure I understand the

19    question.

20         Q.      If I was to say what group or

21    what division do CSRs work in, would it be

22    Claims Handling, would it be Claims

23    Administration, would it be Claims?

24         A.      It depends on the region in

25    some cases.  But usually they would all be

20

1                    J. PHAM

2    in the Claim Department.  Then within the

3    Claim Department, depending on the region,

4    usually it would be in the Liability

5    Division.

6        Q.     And what other divisions are

7    there within the Claims Department?

8        A.     That depends on the region.

9        Q.     So how many regions are there?

10       A.     Eight.

11       Q.     Let's start, so what states

12   does Region I cover?

13       A.     I'm not sure specifically now.

14   We moved states from regions to regions.

15   I'm focused only on New York at this time.

16       Q.     When did the readjustment or

17   realignment occur?

18       A.     It happens from time to time as

19   the business needs dictate.  I think the

20   last regional alignment -- we just moved

21   states between regions out west starting

22   in January of this year.

23       Q.     So you are not sure what states

24   are in Region I?

25       A.     Correct.

J. PHAM

1

2      Q.      Are there any documents that

3  would reflect which states are in Region

4  I?

5      A.      I'm not sure.  There might be.

6  Yeah, I would assume there should be.

7      Q.      Have you ever seen like an org

8  chart or a corporate tree or hierarchical

9  chart which would list the regions by

10  state?

11      A.      Yes, we have one on our

12  DirectNet site, which states are assigned

13  to which profit center.

14      Q.      So are regions called profit

15  centers?

16      A.      Generally, yes.  There could be

17  profit centers of certain states within a

18  region.

19      Q.      Now, what is a DirectNet site?

20      A.      We have an internal Internet

21  system.

22      Q.      Does it have a name?  DirectNet

23  is the name of it?

24      A.      I believe the name has changed

25  to Genie.  It used to be called DirectNet.

22

J. PHAM

1

2      Q.      And when was it changed?

3      A.      I don't recall.

4      Q.      So there would be a place on

5   the DirectNet site, or Genie, that would

6   list the different regions and which

7   states are comprised within those regions?

8      A.      Yes, I believe so.

9      Q.      Now, you said that in most

10  regions there is a Claim Department.  What

11  other departments would there be in a

12  region?

13     A.      Underwriting.  The Claims and

14  Underwriting are the two largest

15  departments.

16     Q.      Are there any other smaller

17  departments?

18     A.      Yes.  You have -- in some

19  regions you will have a Planning

20  Department.  In some regions you will have

21  a Facilities area.  In some regions you

22  have a mailroom, which would report to

23  Facilities or Planning.

24     Q.      Do all regions have Claims

25  Departments and Underwriting Departments?

23

1                    J. PHAM

2      A.      Yes.

3      Q.      So some regions might have

4   these other smaller departments?

5      A.      Yes.

6      Q.      What is Region II?

7      A.      I'm not sure I understand.

8      Q.      What states comprise Region II?

9      A.      New York.

10     Q.      Just New York?

11     A.      Yes.

12     Q.      How about Region III?

13     A.      I don't recall the specific

14  states.  I know it has two profit centers

15  in Region III, mainly midwest states and

16  southeast states.

17     Q.      How about Region IV?

18     A.      Region IV has western states,

19  California and I think Hawaii.  It also

20  has an additional profit center

21  responsible for Arizona and some of the

22  other western states.

23     Q.      And that's part of Region IV?

24     A.      Yes.

25     Q.      How about Region V?

24

1                    J. PHAM

2        A.       Texas and some of the western

3    states there, I think Colorado.

4        Q.       And Region VI?

5        A.       Region VI is Florida.

6        Q.       Region VII?

7        A.       Virginia and North Carolina.

8        Q.       And Region VIII?

9        A.       New Jersey and the New England

10   states.

11       Q.       Now, within the Claims

12   Department, how many different departments

13   or groups are there within a Claims

14   Department?

15       A.       Which one?

16       Q.       Let's start with New York.

17       A.       I have three divisions in New

18   York:  Liability, Auto Damage, and PIP, or

19   No-Fault.

20       Q.       So PIP means no-fault?

21       A.       Yes, personal injury

22   protection.

23       Q.       Now, within these three groups

24   in New York, which group would the TCR I

25   and II work in?

25

1                          J. PHAM

2        A.      Liability.

3        Q.      Are there any other positions

4    that work within Liability?

5        A.      Yes.

6        Q.      And what are they?

7        A.      Continuing unit examiners and

8    total theft examiners.  And CSR, I think I

9    said that.

10       Q.      And that is CSRs I and II?

11       A.      Yes, CSRs I and II.

12       Q.      And it is TCR I and II,

13   correct?

14       A.      Correct.

15       Q.      Are there any different levels

16   within the continuing unit examiners?

17       A.      Yes.

18       Q.      And what are they?

19       A.      I don't recall specifically.

20   There is a level I and a level II

21   examiner, based on grade.

22       Q.      And how about, are there

23   different levels for total theft

24   examiners?

25       A.      Not that I'm aware of.

1          J. PHAM

2     Q.      So there is just one?

3     A.      Yes.

4     Q.      Now, do you know how many

5   other -- how many offices within the

6   different regions of GEICO do TCRs work

7   in?

8     A.      I'm not sure specifically.  It

9   is more than there are regions.

10    Q.      Can you list the offices that

11  TCRs work in?

12    A.      I would say it is Region I,

13  Region II, Region III, both midwest and

14  southeast, Region IV, Region V, Region VI,

15  Region VII, Region VIII, Hawaii, Tuscon, I

16  think Seattle, Marlton, New Jersey, and

17  I'm not sure about any others.

18    Q.      To prepare for your deposition

19  here today, did you ask anybody how many

20  offices TCRs work in?

21    A.      I read through my answers to

22  interrogatories, and I think it is in

23  there.

24    Q.      I think you said that in Region

25  III there is one in both the midwest and

J. PHAM

1

2      the southeast?

3          A.       Correct.

4          Q.       Today how many TCRs does GEICO

5      employ?

6          A.       I don't know.

7          Q.       Is there any documents that

8      would reflect that?

9          A.       I'm not sure.  I would imagine

10     there is a payroll system that would be

11     able to tell us how many we have on the

12     books.  The number fluctuates, obviously,

13     with turnover.

14               MR. HEMMENDINGER:  Counsel, do

15     you mind if I say something?

16               MS. RUDICH:  Sure.

17               MR. HEMMENDINGER:  We provided

18     that information in the answer to

19     interrogatory.

20               MS. RUDICH:  I'm allowed to ask

21     him.

22               MR. HEMMENDINGER:  I understand

23     that.  I don't want the record to reflect

24     we were unresponsive to your request.  It

25     is just that some things are hard to

28

J. PHAM

1

2 memorize.  That's why we wrote it all

3 down.

4              MS. RUDICH:  As of now, I'm not

5 going to be saying that he is not a good

6 30(b)(6) witness.

7              MR. HEMMENDINGER:  All right.

8              MS. RUDICH:  And I appreciate

9 your letting me know it is in the

10 interrogatories.  Thank you.

11     Q.     Who do you report to today?

12     A.     Seth Ingall.

13     Q.     And what's his position?

14     A.     Regional vice president.

15     Q.     Who does Mr. Ingall report to?

16     A.     Tony Nicely.

17     Q.     And what is his position?

18     A.     CEO.

19     Q.     Is that CEO of GEICO or just

20 your region?

21     A.     It is CEO of GEICO and chairman

22 of the board as well.

23     Q.     So is Mr. Ingall the highest

24 position within Region I?

25     A.     No.

29

1                        J. PHAM

2         Q.        Region II?

3         A.        Yes.

4         Q.        I'm going to use a

5    colloquialism.  Is the top person, the top

6    guy in each region, a regional vice

7    president?

8         A.        Yes.

9         Q.        And your position is assistant

10   VP of Claims, correct?

11        A.        Yes.

12        Q.        Are there any other assistant

13   VPs within the Region II?

14        A.        Yes.

15        Q.        And how many?

16        A.        One.

17        Q.        And who is that?

18        A.        Rod Curran.

19        Q.        What is his title?

20        A.        Assistant vice president of

21   Underwriting.

22        Q.        He is in charge of the

23   underwriting part of Region II, correct?

24        A.        That's correct.

25        Q.        And colloquially, you are in

J. PHAM

charge of the liability part of Region II,

correct?

    A.      Yes.

    Q.      Does each region in which there

is an Underwriting Department have an

assistant VP in charge of it?

    A.      No, not necessarily.

    Q.      So in each region, who would be

the -- in the regions that do not have the

position of assistant VP for Underwriting,

who would be in charge of the

underwriting?

    A.      The regional vice president

would be responsible for it.  He might

have directors at the various levels who

report directly to him.

    Q.      How about for all the regions

that have a Claims Department, do they all

have an assistant VP in charge of Claims?

    A.      I believe so.

    Q.      And how many direct reports do

you have?

    A.      I don't know specifically.

    Q.      Why don't you tell me by title.

J. PHAM

1

2      A.      I have three directors

3  reporting to me.  I have a few other

4  people -- I have two black-belt candidates

5  reporting to me.

6      Q.      Black-belt?

7      A.      Right.  I have a complaint

8  analyst reporting to me.  And temporarily

9  today I have an entirely other unit of

10  system coordinators and clerks reporting

11  to me.

12      Q.      So the three directors report

13  to you, and what are their titles?

14      A.      One is the No-Fault director.

15  One is the Liability director.  One is the

16  Auto Damage director.

17      Q.      What is a black-belt candidate?

18      A.      A black-belt candidate is a

19  person who assists us in implementing and

20  using Lean Six Sigma.

21      Q.      So they basically work on Lean

22  Six Sigma?

23      A.      Projects, right.

24      Q.      What are the duties and

25  responsibilities of a complaint analyst?

1                          J. PHAM

2          A.       She is the liaison between the

3    State Insurance Department and the company

4    for claims complaints, as well as any

5    other complaints which we might receive.

6          Q.       Now, you said that currently

7    you have system coordinators and clerks

8    reporting to you.  Is that just a

9    temporary thing?

10         A.       Yes.

11         Q.       Why is it temporary?

12         A.       Because the person who they

13   were reporting to was promoted and we

14   haven't filled those positions yet.

15         Q.       Who was the person -- what was

16   the title of the person they were

17   reporting to?

18         A.       It was a systems coordinator.

19         Q.       Now, does this system

20   coordinator who is in charge of the other

21   systems coordinators and clerks report to

22   you?

23         A.       Not anymore.

24         Q.       Who will they be reporting to?

25         A.       She now reports to the Auto

J. PHAM

2    Damage director.

3        Q.       When you hire the person who

4    will be filling the position of systems

5    coordinator, will that person be reporting

6    to you?

7        A.       No.

8        Q.       That person will be reporting

9    to the Auto Damage director?

10       A.       Right, either the Auto Damage

11   director or the Liability director.  It is

12   not determined yet.

13       Q.       Well, indirectly it is, but not

14   directly?

15       A.       Indirectly.  Directly, it will

16   not be me.

17       Q.       Now, you say Liability and Auto

18   Damage director.  Who is the Liability

19   director currently?

20       A.       The Liability director is

21   Jeremy Connor.

22               I forgot, I also have our

23   upstate Claims manager reports to me.

24       Q.       And who is that?

25       A.       Linda Wysocki.

34

1                    J. PHAM

2      Q.       Where is the New York upstate

3  office?

4      A.       In Woodbury.

5      Q.       In Woodbury, New York?

6      A.       Yes, on Long Island.  It is a

7  virtual office.

8      Q.       Even though it is for upstate,

9  it is down in Long Island?

10     A.       Yes.

11     Q.       How many different positions

12  report to Jeremy Connor?

13     A.       All of the ones that we

14  discussed that are Liability.

15     Q.       Can you just go through it

16  again?

17     A.       CSRs, TCR I's, TCR II's, CU

18  examiners, total theft examiners and their

19  supervisors, managers, and associated

20  clerical work that comes along with it.

21     Q.       How many supervisors are there

22  for the TCRs, CSRs, for the -- let me

23  rephrase it to make it easier.

24              How many supervisors are there

25  for the people that report to Jeremy

1                      J. PHAM

2      Connor?

3          A.      I don't know specifically.  I

4      would say Jeremy has a manager in CSR and

5      that manager has six or seven supervisors

6      reporting to her.  There are two managers

7      in TCR I.  Each of them has ten or so

8      supervisors reporting to them.  There are

9      three managers who are responsible for TCR

10     II and CU.  Each of them has ten or so

11     supervisors reporting to them.

12         Q.      So the TCR I's do not have the

13     same manager -- or supervisor as the TCR

14     II's?

15         A.      Correct.

16         Q.      It is different?

17         A.      Yes.

18         Q.      Who is the current TCR II

19     supervisor?

20         A.      TCR II supervisor?

21         Q.      Yeah.

22         A.      We probably have 15 of them or

23     so.

24         Q.      And they all work out of the

25     Woodbury office?

36

1                    J. PHAM

2       A.      Yes.

3       Q.      And how many TCR II's does each

4  supervisor have reporting to them?

5       A.      It varies.  Generally between

6  six and eight.

7       Q.      And how many TCR I's do each

8  supervisor have reporting to them?

9       A.      Generally between six and

10  eight.

11       Q.      And it is a different

12  supervisor, though?

13       A.      Yes.

14       Q.      Does the supervisor who -- I'm

15  just talking about generically -- does the

16  supervisor who has the TCR II's reporting

17  to them, do they have a title or a

18  position name?

19       A.      Yes.

20       Q.      And what is that?

21       A.      TCR II supervisor.

22       Q.      And how about the supervisors

23  that have the TCR I's reporting to them?

24       A.      What about them?

25       Q.      What's their title or name?

37

1              J. PHAM

2        A.      TCR I supervisor.

3        Q.      Now, does a TCR I supervisor

4   only have TCR I's reporting to them?

5        A.      Yes.

6        Q.      Now, is there a document or a

7   corporate org chart that would set forth

8   this whole organizational structure?

9        A.      I'm not sure.  We may have one,

10  but I'm not sure how low the level goes.

11       Q.      And would this org chart also

12  be located on the Genie system?

13       A.      I'm not sure.

14       Q.      Where would one find an org

15  chart that would reflect the regional

16  offices of GEICO?

17       A.      Sometimes they are attached to

18  business plans.

19       Q.      Have you ever prepared an org

20  chart for your office?

21       A.      No.

22       Q.      Have you ever seen an org chart

23  for your office?

24       A.      Yes, I have seen an org chart

25  for my department, for Claims, yeah.

38

J. PHAM

1

2     Q.      And when was the most recent

3     time that you saw this org chart?

4     A.      2008.

5     Q.      If you had to go find that org

6     chart, where would you go look for it?

7     A.      I would contact our planning

8     manager and ask for it.

9     Q.      What's a planning manager?

10    A.      A planning manager is the

11    person who helps us coordinate the

12    business plan.

13    Q.      What office or department is

14    this person in?

15    A.      Woodbury.

16    Q.      And is it in your specific

17    department or is it a corporate, other

18    corporate office?

19    A.      It is not another corporate

20    office.  They report directly to Seth, the

21    RVP.

22    Q.      During the course of this

23    deposition, I'm going to be focusing

24    mostly on TCR I and II.  If I forget to

25    put them in a question, if I don't mention

J. PHAM

1

2    it, just assume I'm speaking about TCR I

3    and II.

4        A.    Yes.

5        Q.    Have you ever heard of an

6    individual named Candace Harper?

7        A.    Yes.

8        Q.    When did you first meet her?

9        A.    I believe I first met her at

10   her deposition in person.

11       Q.    Had you heard of her name

12   before the deposition?

13       A.    Yes.

14       Q.    When did you first hear of her

15   name?

16       A.    I first heard her name when I

17   became aware that we were terminating her

18   employment.

19       Q.    Were you the assistant VP of

20   Claims during the time that Ms. Harper

21   worked for GEICO?

22       A.    I don't believe so.  Not the

23   entire time.

24       Q.    How about at any time?

25       A.    Yes, I've been the assistant

40

1                    J. PHAM

2  vice president in Region II since 2006.

3        Q.      Did you first hear or learn

4  of -- or hear Ms. Harper's name in 2006?

5        A.      No.

6        Q.      Did you ever audit her work?

7        A.      No.

8        Q.      Did you ever watch her work?

9        A.      No.

10        Q.      Did you ever observe her while

11  she was in the office?

12        A.      No.

13        Q.      Is there a formal training

14  program for TCR I?

15        A.      Yes.

16        Q.      And what is it?

17        A.      It is classroom training

18  followed by a practical claims handling,

19  which we call transition.

20        Q.      So the practical claims

21  handling is referred to within GEICO as

22  transition?

23        A.      Correct.

24        Q.      Is it transition training or

25  just transition?

1                    J. PHAM

2      A.      Just transition.

3      Q.      And how long does the classroom

4  training last?

5      A.      For TCR I?

6      Q.      Yes, I'm asking about TCR I's.

7      A.      I'm not sure specifically.  I

8  think it is four weeks.

9      Q.      And where does this classroom

10  training take place?

11      A.      In Woodbury.

12      Q.      What is classroom training

13  comprised of?

14      A.      Classroom training is comprised

15  of discussing -- going through the

16  training material and teaching examiners

17  how to investigate and resolve claims,

18  coverage liability and damages.

19      Q.      Is the Woodbury location the

20  corporate headquarters for GEICO?

21      A.      No.

22      Q.      Where is the corporate

23  headquarters for GEICO?

24      A.      Chevy Chase, Maryland.

25      Q.      Are all TCRs given the same

42

1              J. PHAM

2    classroom training?

3              MR. HEMMENDINGER:  Excuse me,

4    but when you say "all," within Woodbury or

5    nationwide?

6              MS. RUDICH:  I mean nationwide.

7              MR. HEMMENDINGER:  Okay.

8         A.     I would say no.

9         Q.     How is it different?

10        A.     Each state has different laws

11   regarding negligence and different

12   regulations which we have to comply with.

13   We are regulated on a state by state

14   basis.

15             The training will differ based

16   on the regulations of that state and may

17   also differ with respect to different

18   procedures that each region would put into

19   place.

20        Q.     So are the TCRs given different

21   training manuals or training material

22   depending on where they are located, or is

23   the training material and training manuals

24   the same?

25        A.     It depends.

43

J. PHAM

1

2    Q.      It depends on what?

3    A.      It depends on -- there is

4    generally, I believe, a training manual

5    for TCR I that our Claims home office

6    produces.  That training material is

7    usually supplemented and sometimes edited

8    by regions.

9    Q.      So other than the different

10   state laws or regulations that apply in

11   different states, is the training the

12   same?

13   A.      It is hard to say.

14   Q.      And why is it hard to say?

15   A.      Because I think that

16   essentially the training is going to have

17   the same underlying tenets of

18   investigating coverage and resolving

19   coverage, liability and damages.  But the

20   nuances of claim handling vary so greatly

21   state to state and jurisdiction to

22   jurisdiction that I think it is impossible

23   to say that it would be the same.

24   Q.      How about, is it substantially

25   similar?

44

J. PHAM

1

2     A.      Probably.

3     Q.      As you said, they are given the

4  same training manuals except they are

5  supplemented by the different states'

6  laws, correct?

7     A.      They are supplemented by the

8  different states' laws, and the regions

9  may have different procedures as well.

10    Q.      Based on the state laws?

11    A.      Not necessarily based on the

12 state laws.  Based on procedures or

13 processes that the region has put into

14 place to handle their claims.

15    Q.      How would one go about -- if

16 somebody wanted to know which different

17 processes -- withdrawn.

18            If one wanted to know how do I

19 learn which processes are in effect in the

20 different regions within GEICO, how would

21 they go about learning that?

22    A.      I would say you would ask the

23 trainers in each of the locations or

24 review the manuals in each of the

25 locations.

45

1                    J. PHAM

2       Q.      Now, do all the TCR I's within

3   a region go to the same training place

4   within a specific region?  Like, for

5   instance, within the New Jersey Region,

6   would they all go to the same place?

7       A.      No.  I mean, they would be

8   trained -- we train each class basically

9   in a classroom.  TCR I's are trained in

10  the region in a classroom.

11      Q.      I'm saying, but it is not done

12  by office, right?  They would all go --

13  withdrawn.

14              Let's just say Marlton hires

15  some new TCRs and Maryland hires some new

16  TCRs and they are hired about the same

17  time.  Since they are in the same region,

18  would they go to the same training class

19  or would they have separate training

20  classes for each office?

21      A.      For TCR I, they are separate

22  training classes in each office.

23      Q.      But if they are within the same

24  region or the same state, they get the

25  same training?

46

J. PHAM

1

2      A.      Yes.

3      Q.      Now, what about for TCR II's?

4      A.      TCR II's -- well, what?

5      Q.      Let me ask you, what training

6   are they given?

7      A.      TCR II's are given, I believe,

8   pre-school in the specific region and then

9   they go to centralized school and then

10   they come back for post-school in the

11   region.

12      Q.      So all TCR II's have pre-school

13   training?

14      A.      Yes.

15      Q.      And all TCR II's go to the

16   centralized school for training?

17      A.      Yes.

18      Q.      Then all TCR II's then have

19   post-school training?

20      A.      Back in their region, yes.

21      Q.      Now, where is the centralized

22   school located?

23      A.      I believe it is either in

24   Virginia Beach or the corporate

25   headquarters, depending on room

47

1                     J. PHAM

2    availability.  Mostly in Virginia Beach.

3         Q.      This would be from all over the

4    country?

5         A.      Yes.

6         Q.      And they attend the same

7    classes?

8         A.      Yes.

9         Q.      And they are given the same

10   manuals?

11        A.      Yes.

12        Q.      Now, what about pre-school, are

13   pre-schools the same from region to region

14   or do they differ for different regions?

15        A.      They differ from region to

16   region.

17        Q.      How do they differ?

18        A.      They differ because the laws

19   and regulations and negligence standards

20   are different from region to region.

21        Q.      But all TCR II's are getting

22   the same training regarding the laws and

23   regulations within their region, correct?

24        A.      I'm not sure.

25        Q.      For instance, all TCR II's get

J. PHAM

1

2      education or get training relating to laws

3      in their region?

4          A.      Yes.

5          Q.      The laws might be different,

6      but they are all getting the same type of

7      training about these different laws,

8      correct?

9          A.      I'm not sure how the

10     training -- I don't see the curriculum for

11     the other locations' pre-schools, so I

12     can't comment as to what they are doing.

13         Q.      Who would?

14         A.      I would say someone from Home

15     Office Training and Education might be

16     able to.

17         Q.      Then all TCRs are given this

18     post-school training back in their

19     specific region, correct?

20         A.      Yes.

21                 MR. HEMMENDINGER:  TCR II's,

22     you mean?

23                 MS. RUDICH:  Yes.

24         Q.      And for this centralized

25     school, how long is that?

1                      J. PHAM

2        A.      I don't know specifically.  I

3    forgot.

4        Q.      Is it more than a day?

5        A.      Yes.

6        Q.      Is it a few weeks?

7        A.      I think it is a few weeks, yes.

8        Q.      During the centralized school

9    portion of the training, all TCRs are

10   subject to the same training regimen,

11   correct?

12       A.      Yes.

13       Q.      And it doesn't matter which

14   office they work in?

15       A.      Correct.

16       Q.      And it is throughout the

17   different states and throughout the

18   country?

19       A.      Yes.

20       Q.      Is there a job code for the TCR

21   I job?

22       A.      Yes.

23       Q.      What is it?

24       A.      I don't recall.

25       Q.      Do all TCR I's have the same

                        J. PHAM

1
2    job code?

3        A.      Yes.

4        Q.      Are all TCR I's given the same

5    grade?

6        A.      Yes.

7        Q.      And what is their grade?

8        A.      63.

9        Q.      Now, what is a grade within the

10   GEICO parlance?

11       A.      Each of our jobs has a grade

12   which has with it an accompanying pay

13   schedule.  There is a minimum salary.

14   There is a midpoint.  And there is a

15   maximum salary for each grade.  It is a

16   lot like the government.

17       Q.      So each person who holds the

18   same grade has the same minimum salary

19   that they are entitled to, has the same

20   midpoint salary for that grade, and has

21   the same maximum salary?

22       A.      Well, it depends.  The minimum,

23   midpoint, and maximum vary by location,

24   where you work.

25       Q.      But within the location where

51

1                          J. PHAM

2      you work, it is all the same?

3          A.     Yes.  Everyone in that grade,

4      regardless of the specific job that you

5      are in, is subject to the same guidelines

6      with respect to salary.

7          Q.     Now, is there a job code for

8      TCR II?

9          A.     Yes.

10         Q.     And do all employees holding

11     the position of TCR II have the same job

12     code?

13         A.     Yes.

14         Q.     And what about, do all TCR II's

15     have the same grade?

16         A.     Yes.

17         Q.     Does that salary bracketing,

18     does that apply to the TCR II's as well?

19         A.     Yes.

20              MS. RUDICH:  Why don't we take

21     a break now.

22              (Recess taken.)

23     BY MS. RUDICH:

24         Q.     This next document has been

25     marked as Pham 2.  It is a one-page

52

1                        J. PHAM

2       document entitled "Government Employees

3       Company Telephone Claims Representative 2

4       Job Description," and it has the Bates

5       stamp number of GEICO 277.

6                        (Pham Exhibit 2 marked for

7       identification.)

8            Q.      Mr. Pham, please look at this.

9                        (Witness perusing document.)

10           Q.      Mr. Pham, have you ever seen

11      this document before?

12           A.      Yes, I believe I have.

13           Q.      And what is it?

14           A.      This is a job description.

15           Q.      For what position?

16           A.      TCR II.

17           Q.      Would we be in agreement when

18      we are talking about TCR II's, we are also

19      talking about TA examiner II's throughout

20      this deposition?

21           A.      Right.

22           Q.      I don't want to have to keep

23      asking is this for TA examiner II.

24           A.      Yes, we are in agreement.

25           Q.      It says that this is for

53

1                    J. PHAM

2    telephone claims representative II for all

3    Claims Departments except California,

4    correct?

5        A.      Correct.

6        Q.      So this would apply for all

7    telephone claim representatives II

8    wherever they worked, except in

9    California?

10       A.      Correct.

11       Q.      This is regardless of the

12   office they worked in, correct?

13       A.      Yes.

14       Q.      And this would be the same job

15   description regardless of the state they

16   work in?

17       A.      Except California, yes.

18       Q.      Now, is this an accurate

19   recitation of the duties and

20   responsibilities of a TCR II?

21       A.      Mostly, yes.

22       Q.      Is there anything that's not

23   true on this document?

24       A.      No.

25               MS. RUDICH:  I'm going to ask

J. PHAM

1    this next document be marked as Pham

2    Exhibit 3.  It is a one-page document

3    entitled "Human Resources Liability Claims

4    Career Choices," and it has the Bates

5    stamp number GEICO 248.

6                    (Pham Exhibit 3 marked for

7    identification.)

8        Q.      Mr. Pham, have you ever seen

9    this document before today?

10       A.      No.

11       Q.      What is the difference

12   between -- what is the difference in the

13   duties and responsibilities between CSR II

14   and the TCR I?

15       A.      The CSR II handles mostly cases

16   where liability is not a question.

17   However, they do handle some cases where

18   liability is in question where they will

19   work to resolve liability, make a decision

20   on who is responsible for the property

21   damage claim.

22       Q.      So they sometimes work on cases

23   where liability is in question?

24       A.      Yes.  They are also taking,

55

1                          J. PHAM

2     still, loss reports on the phone, whereas

3     the TCR I is not taking the initial loss

4     report.

5          Q.     And TCR I handles cases where

6     liability is a question?

7          A.     Yes, in most cases.

8          Q.     Are there any other differences

9     between CSR II duties and responsibilities

10    and TCR I?

11         A.     No, that's the main one.

12         Q.     I'm referring your attention

13    back to Exhibit 3, where it says that

14    DirectNet -- do you see that in the

15    corner?

16         A.     Yes.

17         Q.     Is that the intracompany

18    Internet that you testified to earlier?

19         A.     Yes.

20         Q.     And would this be available to

21    everybody who worked for GEICO regardless

22    of where they are located?

23         A.     I'm not sure.  I believe so.

24    Depending on where you go, some areas of

25    DirectNet are secure and require different

J. PHAM

2  authority.

3      Q.      Each region doesn't have their

4  own DirectNet, does it?

5      A.      No.   Some regions may have

6  their own separate pages in DirectNet, but

7  everybody uses the same system.

8      Q.      What about Human Resources,

9  does each region have its own Human

10  Resources or is there a centralized Human

11  Resources office?

12      A.      Each region does have its own

13  Human Resources and there is a centralized

14  Human Resource office.

15      Q.      Is there any way that you could

16  tell whether this document that's in front

17  of you, Exhibit 3, was generated by the

18  central Human Resource office, or was it

19  generated by a specific regional Human

20  Resource office?

21      A.      I can't tell from looking at

22  it.  It looks like it would be the central

23  Human Resource.

24      Q.      So this would be the liability

25  claims career choices for the entire

1          J. PHAM

2  company, correct?

3       A.     By and large, yes.

4       Q.     So they have the same -- so the

5  liability claims career choices would be

6  the same on a company-wide basis?

7       A.     Generally, yes, but not all of

8  these positions exist in every region.

9       Q.     I understand.  But if these

10  positions exist in every region, this

11  would be a company-wide liability claims

12  career choice pathway?

13       A.     Yes.

14       Q.     I apologize if I asked you this

15  before, and I think I did, the difference

16  in duties and responsibilities between TCR

17  I and TCR II is that TCR II handles bodily

18  injuries and TCR I do not?

19       A.     Generally, yes.  The main

20  difference between TCR I's and TCR II's is

21  TCR I's do not handle any cases involving

22  injury.

23       Q.     Personal injury?

24       A.     Right.

25       Q.     Property injury?

58

J. PHAM

1

2     A.     Claims of bodily injury by a

3  third party.

4     Q.     So that's what TCR II handles?

5     A.     Correct.

6     Q.     Other than that, they handle

7  the same type of claims?

8     A.     Yes.  TCR II's also handle

9  property damage.

10    Q.     They have the added claim of

11  personal bodily injury?

12    A.     That's correct.

13           MS. RUDICH:  I'm going to ask

14  that this next document be marked as Pham

15  Exhibit 4.  It is a one-page document that

16  says "Grade 63 TCR I," and it has the

17  Bates stamp number GEICO 254.

18           (Pham Exhibit 4 marked for

19  identification.)

20    Q.     Mr. Pham, have you had a chance

21  to review what's been marked as Exhibit 4?

22    A.     Yes.

23    Q.     What is this?

24    A.     I don't know.

25    Q.     You have never seen it before?

1                     J. PHAM

2       A.       No, I have never seen it

3    before.

4       Q.       Does this accurately describe

5    the job duties for Grade 63 TCR I?

6             MR. HEMMENDINGER:  I'm sorry,

7    you mean II, don't you?  I have II.

8             MS. RUDICH:  I'm sorry, you

9    were given the wrong one.

10      Q.       Does this accurately describe

11   the job duties for TCR I?

12      A.       Generally, yes, under the Job

13   Duties section, yes.

14      Q.       And does this accurately

15   describe the job requirements for TCR I?

16      A.       Yes.

17      Q.       Does this accurately describe

18   the job success factors for TCR I?

19      A.       Yes.

20      Q.       And does this accurately

21   describe the training opportunities for

22   TCR I?

23      A.       I'm not sure about that.

24      Q.       And is this the job duties for

25   TCR I's throughout the country?

60

J. PHAM

1

2      A.      Generally, yes.  Where it says

3    "may settle PIP medical or total payment

4    claims" is where you can get some regional

5    differences.

6      Q.      But this says "may settle or."

7    So it is basically saying they could

8    settle all of them or some of them or none

9    of them?

10     A.      Right.

11     Q.      But this accurately describes

12   the job duties for all TCR I's throughout

13   the country?

14     A.      Generally, yes.

15     Q.      And what about the job

16   requirements?

17     A.      Yes.

18     Q.      So this Exhibit 4 accurately

19   sets forth the job requirements for all

20   TCR I's throughout the company?

21     A.      It generally does, yes.

22     Q.      When you say "generally," where

23   doesn't it?

24     A.      Each individual region, in

25   terms of requirements at the time they

J. PHAM

1

2    fill a position, each individual region,

3    when they post that job, may have separate

4    requirements that they decide they want to

5    put on in terms of the length of

6    experience at CSR II or CSR I.

7         Q.    But this is the general job

8    requirements for all TCR I's throughout

9    the company?

10        A.    Generally, yes.

11        Q.    What about the job success

12   factors?

13        A.    Generally, yes, it is the same

14   job success factors.

15        Q.    For all TCR I's throughout

16   GEICO?

17        A.    Yes.

18        Q.    In any region?

19        A.    Yes.

20        Q.    In any office?

21        A.    Yes.

22             MS. RUDICH:  I'm going to ask

23   that the next document be marked as Pham

24   Exhibit 5.  It is a one-page document

25   entitled "Grade 64 TCR II," and it has the

1                    J. PHAM

2    Bates stamp number GEICO 255.

3              (Pham Exhibit 5 marked for

4    identification.)

5       Q.     Mr. Pham, have you had a chance

6    to review what has been marked as Exhibit

7    5?

8       A.     Yes.

9       Q.     What is this?

10       A.     I'm not sure.

11       Q.     You have never seen it before?

12       A.     Correct.

13       Q.     So does Exhibit 5 accurately

14    set forth -- accurately describe the job

15    duties for TCR II?

16       A.     Generally, yes.

17       Q.     Does this Exhibit 5 accurately

18    set forth the job requirements for TCR II?

19       A.     Generally, yes.

20       Q.     Does Exhibit 5 accurately set

21    forth the job success factors for Exhibit

22    5?

23       A.     Generally, yes.

24       Q.     Are the job duties that are set

25    forth on Exhibit 5 for TCR II's the same

63

1                    J. PHAM

2    throughout the country?

3         A.      Mostly.

4         Q.      And what's the difference?

5         A.      In some locations they do not

6    settle PIP and/or medical claims, and

7    there may be differences in other

8    locations with other activities that they

9    don't have TCR II's doing.

10        Q.      It says "may settle PIP

11   and/or," so it uses the term "may," so

12   basically what it says is that in some

13   places they do and some places they don't,

14   but this particular, let's say I would use

15   these seven bullet points of job duties

16   would accurately set forth the job duties

17   of TCR II's throughout the country,

18   correct?

19        A.      Yes.

20        Q.      In all regions?

21        A.      Yes.

22        Q.      And in all offices?

23        A.      Yes.

24        Q.      And in all states?

25        A.      Yes.

64

J. PHAM

1

2    Q.    Does Exhibit 5 set forth the

3    job requirements for all TCR II's

4    throughout the company?

5    A.    Yes, again, generally.

6    Q.    And in every state?

7    A.    Yes.

8    Q.    And every office?

9    A.    Generally, yes.

10   Q.    And every region?

11   A.    Yes.

12   Q.    Does Exhibit 5 set forth the

13   job success factors for TCR II across the

14   company?

15   A.    Yes.

16   Q.    In any office?

17   A.    Yes.

18   Q.    And in any region?

19   A.    Yes.

20   Q.    And in any state?

21   A.    Yes.

22   Q.    And I understand the training

23   opportunities, you might not be that

24   familiar with, correct?

25   A.    Correct.

65

1                         J. PHAM

2        Q.      If you compare Exhibit 4 with

3    Exhibit 5, the job duties set forth on the

4    TCR I document are very similar to the job

5    duties set forth on the TCR II duties,

6    correct?

7        A.      Yes.

8        Q.      And the TCR I job duties are

9    similar to the -- so the TCR I position

10   has similar duties and responsibilities as

11   the TCR II position?

12       A.      With the exception of BI

13   settlements, yes.

14       Q.      And the BI settlements would be

15   on TCR II?

16       A.      That's correct.

17       Q.      Exhibit 5?

18       A.      Yes.

19       Q.      And what are BI settlements?

20       A.      Bodily injury.

21       Q.      So with the exception of the

22   bodily injury settlements, it is the same,

23   isn't it?

24       A.      Generally, yes.

25       Q.      Now, what about the job

1                     J. PHAM

2    requirements, are they the same?

3         A.     Generally they are the same,

4    yes, just with the exception that the TCR

5    II requirement is you need TCR I

6    experience.

7         Q.     Which is probably the level

8    directly below that position, correct?

9         A.     That's correct.

10        Q.     So other than that, the job

11   requirements for TCR I and TCR II are the

12   same?

13        A.     Yes, essentially.

14        Q.     And the job success factors for

15   TCR I and TCR II, are they the same?

16        A.     Yes, it looks like they are the

17   same.

18        Q.     So the only difference

19   basically between TCR I and TCR II is that

20   TCR I does not evaluate and negotiate

21   bodily injury claims or settlements?

22        A.     That's correct.  TCR II's do

23   evaluate and negotiate bodily injury

24   claims or settlements.

25        Q.     Now, do TCR I's have the same

67

1                         J. PHAM

2      duties throughout the entire company?

3          A.      No.

4          Q.      And why not?

5          A.      Because, again, because of the

6      different laws and the different regions

7      and because of different processes and

8      procedures that each region may have in

9      response to some of those laws or based on

10     decisions that they have made, sometimes

11     the job -- there are differences in TCR I

12     or TCR II in individual regions.

13         Q.      And that is based solely on the

14     different laws and regulations within the

15     states?

16         A.      Not entirely.  There can be

17     additional responsibilities that regions

18     choose to have done by different levels.

19         Q.      So tell me which regions in

20     GEICO -- now, you say that there can be

21     additional responsibilities that regions

22     choose to have done by different levels.

23     What are they?

24         A.      I will give you an example.

25                 For example, in New York we

68

1                        J. PHAM

2      chose to have property damage -- some

3      property damage suits handled at the TCR I

4      level.  In most other locations, again,

5      I'm not aware of what happens in all of

6      them, those might be handled at the

7      continuing unit level.

8                        Because of the negligence laws

9      in New York and the threshold, we choose

10     to have TCR I's rule out bodily injury

11     rather than having TCR II's do that.  For

12     example, because there is a threshold that

13     needs to be pierced in order for a bodily

14     injury claim to persist, the TCR I's

15     generally will explain no-fault to the

16     customer if they say they are injured and

17     have a discussion regarding whether or not

18     the injury pierces the threshold.

19          Q.    I understand that.

20                        But all TCR I's throughout the

21     company, according to Exhibits 4 and 5,

22     handle property damage claims, correct?

23          A.    Yes, but not all regions handle

24     property damage suits in TCR I.

25          Q.    Right, I understand that.  But

J. PHAM

they all evaluate claims and negotiate

property damage settlements?

    A.      Yes.

    Q.      And the way they do that might

be different because of the individual

states' laws, correct?

    A.      Correct.

    Q.      And all TCR I's throughout the

whole company conduct the necessary

investigations to determine policy

coverage and details of the loss?

    A.      Yes.

    Q.      And that might be different

because of the different laws within that

state?

    A.      Correct.

    Q.      And all TCR I's throughout the

entire company analyze information and

determine the company's liability under

the policy contracts?

    A.      Yes.

    Q.      And the policy contracts could

be different depending on the customer,

correct?

1                    J. PHAM

2        A.      Absolutely.

3        Q.      But they all do that same

4    general and material function for GEICO?

5        A.      Yes.

6        Q.      And all TCR I's throughout the

7    company determine possible payment

8    recovery, correct?

9        A.      Yes.

10        Q.      But that payment recovery might

11    be different because of the different

12    states?

13        A.      Absolutely.

14        Q.      But they all do the same thing?

15        A.      Yes, they all do that.

16        Q.      They all do that?

17        A.      Yes.

18        Q.      So the differences that you've

19    been describing are really a function of

20    the different state laws -- I mean, mainly

21    the differences that you just described

22    are really differences based upon the

23    various state laws in which a claims

24    examiner works?

25        A.      No, I wouldn't say that.

J. PHAM

1

2    Q.      Why not?

3    A.      Because the decisions -- in

4    addition to the job duties that are

5    described on I guess Exhibit 4, each

6    region is able to assign different

7    responsibilities to different levels if

8    they deem it better for the business to do

9    that.

10                For example, there is no state

11   or regulatory need that dictates that

12   property damage suits are handled at the

13   TCR I level.  There is no law or

14   regulation that would say that.  Region II

15   made a business decision to handle

16   property damage suits at the TCR I level

17   because we felt that we had examiners with

18   enough experience to be able to handle the

19   litigation at the lower level for property

20   damage suits only and disputes involving

21   property damage only.  And that's a

22   business decision that doesn't have any

23   bearing on the laws of the state.

24   Q.      But the way that a TCR I would

25   handle a property damage suit in Region I

72

1                        J. PHAM

2    would be the same way that a TCR II would

3    handle a property damage suit in another

4    office, correct?

5         A.      Or a continuing unit examiner.

6         Q.      So they handle it the same way,

7    it is just that TCR I's in New York might

8    do that particular task where they don't

9    do it in another region?

10        A.      It is hard to say.  Every claim

11   is different.  So I wouldn't say -- you

12   know, I wouldn't say it is a task.  Every

13   claim is different.  Every suit is

14   different.  So you wouldn't do that if you

15   didn't feel that your TCR I's could handle

16   the severity and complexity of litigation.

17               So I wouldn't say -- it is

18   never the same handling of a claim from

19   start to finish.

20        Q.      I know.  But GEICO does have

21   programs and does have company-wide

22   computer-generated programs to help a

23   claims representative handle certain types

24   of claims, correct?

25        A.      Not for litigation.

73

J. PHAM

1

2      Q.      Every TCR I and II throughout

3      the country uses Claims IQ, correct?

4      A.      Yes.

5      Q.      And what is Claims IQ?

6      A.      Claims IQ is a system where we

7      input information and answer different

8      questions based on the examiner's judgment

9      to be able to assure that the examiner is

10     evaluating all of the areas in determining

11     liability and damages.

12     Q.      And that program is not

13     different in each region, correct?

14     A.      The program may differ by

15     jurisdiction depending on the different

16     laws in that jurisdiction, or different

17     values assigned to claims in that

18     jurisdiction.

19     Q.      But I'm saying, it is the same

20     program that might have different inputs

21     or different values based upon the

22     location?

23     A.      Yes.

24     Q.      And how about Doc Magic?

25     A.      Doc Magic is a Region II

J. PHAM

1

2     specific system.

3         Q.     Just so I'm clear, so in other

4     regions TCR II's handle the property

5     damage suits?

6         A.     No, in other regions usually

7     continuing unit examiners handle property

8     damage suits.

9         Q.     Now, in Region II, does any

10    other position handle property damage

11    suits besides TCR I's?

12        A.     Yes, continuing unit examiners

13    handle property damage suits as well.

14        Q.     Do TCR II's handle property

15    damage suits?

16        A.     I don't think so.

17        Q.     Now, are all TCR I's paid on a

18    salary basis?

19        A.     Yes.

20        Q.     Are all TCR I's classified as

21    exempt under the FLSA?

22        A.     Once they are off orientation,

23    yes.

24        Q.     What does it mean to be off

25    orientation?

75

J. PHAM

1

2     A.     During their initial training

3   and transition period until we certified

4   that they are completely trained, they are

5   nonexempt.

6     Q.     But once they pass the training

7   portion of their job, then they are

8   classified as exempt?

9     A.     Yes.

10    Q.     What about TCR II's, are all

11   TCR II's paid on a salary basis?

12    A.     Yes.

13    Q.     Are all TCR II's classified as

14   exempt?

15    A.     I believe everywhere except for

16   California.

17    Q.     In California they are

18   classified as nonexempt?

19    A.     I think so.

20    Q.     Who would know that, Human

21   Resources?

22    A.     Yes, Human Resources would know

23   that.

24    Q.     Is there a specific department

25   in Human Resources that handles the

76

J. PHAM

1

2  classification of employees for the FLSA

3  purposes?

4      A.      Yes.

5      Q.      And what is that?

6      A.      Compensation.

7      Q.      I think you testified earlier

8  that all TCR II's, that there is a salary

9  bracket set for TCR II's?

10     A.      For each location.

11     Q.      For each location?

12     A.      Yes, salary schedule we call

13  it.

14     Q.      You call it a salary schedule.

15  So a TCR II could not make less than a

16  certain amount or more than a certain

17  amount, correct?

18     A.      They cannot make less than a

19  certain amount.  In order for them to make

20  more than the suggested maximum, that

21  would be a fairly large exception.

22     Q.      How many times have you seen

23  that exception occur?

24     A.      Maybe once.

25     Q.      In your 20 years?

1                    J. PHAM

2        A.       In my 20 years, yes.

3        Q.       It is the same for TCR I's?

4        A.       Yes.

5        Q.       Have you ever seen an exception

6    to the salary schedule for a TCR I?

7        A.       I don't think so.

8        Q.       So they all have the same

9    minimum, same midpoint, and same maximum

10   level within a region?

11       A.       They don't have the same --

12   each grade has a minimum, midpoint and

13   maximum.  The numbers differ for each

14   grade, yes.

15       Q.       But did you testify before that

16   all TCR II's are the same grade?

17       A.       Yes.

18       Q.       And all TCR I's are the same

19   grade?

20       A.       Right.  But they are different

21   grades.

22       Q.       I understand that.

23                Who made the decision to

24   classify TCR I's as exempt under the FLSA?

25       A.       I don't know.

78

1                    J. PHAM

2       Q.     Who would know?

3       A.     I think that was in the answers

4   to interrogatories.  Again, Human

5   Resources.

6       Q.     Did you speak to anyone in

7   Human Resources about the decision to

8   classify TCR I's as exempt under the FLSA

9   before this deposition?

10      A.     No.

11      Q.     Did you review any documents

12  regarding the decision to classify TCR I's

13  as exempt under the FLSA before this

14  deposition?

15      A.     No.

16      Q.     Who made the decision to

17  classify TCR II's as exempt under the

18  FLSA?

19      A.     I don't know, again.

20      Q.     Did you do anything to educate

21  yourself on that information before the

22  deposition here today?

23      A.     No.

24      Q.     When was the decision made to

25  classify TCR I's as exempt under the FLSA?

```
1                      J. PHAM

2       A.      I don't know.

3       Q.      What did you do to learn that

4   information before this deposition?

5       A.      I don't know.  I think I may

6   have had that answer in the answer to

7   interrogatories.

8       Q.      Did you speak to anybody --

9       A.      No.

10      Q.      Just let me finish my question.

11      A.      I'm sorry.

12      Q.      Did you speak to anyone before

13  the deposition to learn when the decision

14  was made to classify TCR I's as exempt?

15      A.      No.

16      Q.      Did you speak to anyone before

17  the deposition to learn when the decision

18  was made to classify TCR II's as exempt?

19      A.      No.

20      Q.      What were the reasons for the

21  decision to classify TCR I's as exempt?

22      A.      I don't know.

23      Q.      Did you speak to anybody before

24  this deposition to learn what the reasons

25  were that GEICO considered when it
```

1                        J. PHAM

2     classified TCR I as exempt?

3          A.       No.

4          Q.       What were the reasons that

5     GEICO classifies TCR II's as exempt?

6          A.       I would be speculating if I

7     said that.

8          Q.       Did you speak to anyone before

9     this deposition to learn the reasons why

10    GEICO classifies TCR II's as exempt?

11         A.       No.

12         Q.       Are all TCR II's classified as

13    exempt?

14         A.       Yes, except California.

15         Q.       Did you ask to look at any

16    documents relating to GEICO's decision to

17    classify TCR I and II's as exempt before

18    this deposition?

19         A.       No.

20         Q.       Do you know what factors were

21    considered in classifying TCR I's and II's

22    as exempt?

23         A.       No.

24         Q.       Now, when your region hires

25    somebody for the position of TCR I, is it

J. PHAM

1

2     automatically -- is the exempt status

3     under the FLSA automatically assigned to

4     that person for that position?

5          A.     Yes, once they complete

6     orientation.

7          Q.     Is it the same for TCR II?

8          A.     Yes.  But TCR II's are exempt

9     from the start.  They are not nonexempt

10    during orientation.

11         Q.     In determining whether a TCR II

12    is exempt, what consideration is given to

13    the location of the office in which a TCR

14    II works in?

15         A.     Beyond California, I don't

16    think any consideration is given.

17         Q.     How about a TCR I?

18         A.     Again, beyond California, I

19    don't think any.

20         Q.     In determining whether a TCR I

21    is exempt, what consideration is given to

22    the state in which a TCR I works in other

23    than California?

24         A.     I don't think there is any.

25         Q.     How about for TCR II?

1               J. PHAM

2       A.      I don't think there is any.

3       Q.      And, again, California?

4       A.      Right.

5       Q.      How about if I give a general

6    caveat that my questions now will all be

7    for areas or locations other than

8    California.

9       A.      Great.

10       Q.      So I don't have to keep saying

11    that.

12       A.      Great.

13       Q.      In determining whether a TCR I

14    is exempt, what consideration is given to

15    the volume of claims a specific office

16    handles?

17       A.      I don't believe there is any.

18       Q.      In determining whether a TCR II

19    is exempt, what consideration is given to

20    the volume of claims a specific office

21    handles?

22       A.      I don't believe there is any.

23       Q.      Has GEICO ever taken into

24    account the state in which a TCR I works

25    in in determining whether to classify a

1                    J. PHAM

2    TCR I as exempt other than California?

3        A.      I believe not.

4        Q.      Has GEICO ever taken into

5    account the state in which a TCR II works

6    in in determining whether to classify a

7    TCR II as exempt other than California?

8        A.      I don't believe so.

9        Q.      Has GEICO ever taken into

10   account the office in which a TCR I works

11   in in determining whether to classify him

12   or her as exempt?

13       A.      Other than California, I don't

14   believe so.

15       Q.      All these are other than

16   California.

17               Has GEICO ever taken into

18   account the office in which the TCR II

19   works in in order to classify him or her

20   as exempt?

21       A.      I don't believe so.

22       Q.      In determining whether a TCR I

23   is exempt, what consideration does GEICO

24   give to the past experience that person

25   has in claims handling?

84

1                        J. PHAM

2        A.       I don't believe we do.

3        Q.       In determining whether a TCR II

4   is classified as exempt, what

5   consideration does GEICO give to the past

6   experience in claims?

7        A.       I don't believe we give any.

8        Q.       In determining whether a TCR I

9   is exempt, what consideration does GEICO

10  give to the competence of that particular

11  TCR I in performing his or her duties?

12       A.       I'm not sure I understand that.

13  Can you repeat that?

14       Q.       I will rephrase it.

15               In determining whether a TCR I

16  is exempt, what consideration does GEICO

17  give to the performance evaluations that

18  that particular TCR I receives?

19       A.       In determining whether or not

20  they are exempt, I don't believe any.

21       Q.       And how about for TCR II?

22       A.       The same thing.

23       Q.       Are there any variations from

24  TCR I to another TCR I that are material

25  to the determination of exempt status

                              J. PHAM

1

2      other than if they work in California or

3      if they are in orientation?

4           A.     I don't believe so.

5                  MS. RUDICH:  I'm going to ask

6      that this next document be marked as Pham

7      Exhibit 6.

8                  (Pham Exhibit 6 marked for

9      identification.)

10          Q.     Mr. Pham, I ask that you review

11     what has been marked as Exhibit 6.

12                 (Witness perusing document.)

13                 MS. RUDICH:  Exhibit 6 is a

14     three-page document.  It is a performance

15     review of 2007 for Candace Harper dated

16     February 8th, 2008, and it has the Bates

17     stamp numbers 61 through 63, GEICO.

18                 (Witness perusing document.)

19          Q.     Mr. Pham, have you had a chance

20     to review what's been marked as Pham

21     Exhibit 6?

22          A.     Yes.

23          Q.     Have you ever seen this

24     document before?

25          A.     Yes.

86

1                        J. PHAM

2        Q.       What is it?

3        A.       It appears to be a performance

4    appraisal for Candace Harper.

5        Q.       It is dated February 8th, 2008,

6    correct?

7        A.       Yes.

8        Q.       What was your position on

9    February 8th, 2008?

10       A.       Assistant vice president of

11   Claims for Region II.

12       Q.       Do you see on this document, on

13   page 1, there is a list of items, file

14   quality, customer service, BI settlements,

15   completed all features, and completed BI

16   features?

17       A.       Yes.

18       Q.       What are these?

19       A.       These are the goals that

20   Candace Harper had for 2007, it looks

21   like.

22       Q.       So file quality is a goal

23   specific to Candace Harper?

24       A.       This would have been the

25   goals -- yes, specific to Candace Harper.

87

J. PHAM

1

2      Q.      So if there was another TCR in

3  your office in 2008, it might not say

4  "file quality" on their performance

5  review?

6      A.      No, the goals should have been

7  the same for all TCR II's in Woodbury, in

8  Region II, during 2007.

9      Q.      So these goals, file quality,

10  customer service, BI settlements,

11  completed all features, and completed BI

12  features, are the same for all TCR II's?

13      A.      Yes, they should have been.

14  Supervisors have the ability to add goals

15  if they would like for specific

16  individuals, but we would have known about

17  them.

18      Q.      But these are the same?

19      A.      Generally, yes, these would be

20  the same for every TCR II in Woodbury.

21      Q.      But in a different office, they

22  might be different?

23      A.      Yes.

24      Q.      Are they different?

25      A.      I don't know.

1           J. PHAM

2       Q.      Where did the Woodbury office

3   come up with these five goals?

4       A.      The managers for the TCR II

5   unit would have decided on these goals in

6   2006.

7       Q.      But when you say -- did they

8   come up with this on their own or is it a

9   corporate --

10      A.      They would have come up with it

11  on their own.

12      Q.      And the weight given for each

13  of the goals, is that the same weight

14  that's given for all TCR II's?

15      A.      In Woodbury, yes.

16      Q.      And the goal is the same?

17      A.      In Woodbury, yes, it should

18  have been the same for all TCR II's.

19      Q.      Did you use the same form of a

20  performance review for all TCR II's in

21  Woodbury in 2008?  I'm not talking about

22  the substance on this, I'm just talking

23  about the form.

24      A.      No.  There is an official

25  performance appraisal form.  Supervisors

89

J. PHAM

1

2     will vary whether they use the templated

3     form or type their own performance

4     appraisal.

5          Q.     So there is a template form?

6          A.     The templated form, it looks

7     like you can see it addressed on page 2 of

8     the comment, the D91 is the templated

9     form.

10         Q.     And it is Bates stamped GEICO

11    63?

12         A.     GEICO 62.  Where it says "D91,

13    Associate Comments," at the top.  The D91

14    I believe is the performance appraisal

15    form.

16         Q.     What about GEICO 63?

17         A.     GEICO 63 is part of the D91, I

18    believe.  It may have been reproduced or

19    typed in a different format.

20         Q.     Is the D91 a corporate-wide

21    form?

22         A.     Yes.

23         Q.     So it is generated from the

24    headquarters?

25         A.     Yes.

1                    J. PHAM

2        Q.      It is not something that

3    Woodbury generates?

4        A.      Right, we don't generate our

5    own forms.  Some supervisors will type

6    their own PAs and then attach them to the

7    form and file them that way.  Some will

8    cut and paste into the forms.

9                MS. RUDICH:  I will ask that

10   this next document be marked as Exhibit 7.

11   It is a one-page document bearing Bates

12   stamp number GEICO 78.  It has "Candace

13   Harper" on the top.  It is some type of a

14   chart.

15               (Pham Exhibit 7 marked for

16   identification.)

17       Q.      Mr. Pham, are you finished

18   reviewing this?

19       A.      Yes.

20       Q.      Have you ever seen this before,

21   a document like this before?

22       A.      No.

23       Q.      Do you know what it is?

24       A.      No.  It looks like -- I would

25   be guessing if I answered.  My guess would

91

1                     J. PHAM

2    be it is something that the supervisor, or

3    a supervisor, created to track their

4    associate's activity.

5          Q.     So this is not something --

6    this is not a GEICO template or form?

7          A.     No.

8          Q.     I'm just going to ask you some

9    questions.  What are SPRs?

10         A.     SPR is a self-performance

11   review.

12         Q.     And what is a self-performance

13   review?

14         A.     Generally it is a review of a

15   file done by a supervisor.

16         Q.     And what's monthly compliance

17   percentage?

18         A.     I don't know.

19         Q.     If you go down the left-hand

20   column where it says "payment TIP

21   percentage," do you know what that stands

22   for?

23         A.     TIP generally stands for time

24   in process, but I have no idea about that.

25         Q.     What is time in process?

J. PHAM

1

2      A.      Time in process is a general

3   thing that we use to measure how quickly

4   things are done.  But payment time in

5   process is not familiar to me.

6      Q.      All the way down on the bottom

7   of the left-hand column where it says

8   "average NBS fee pending," do you know

9   what that is?

10      A.      This looks to be -- see, that's

11   a clue.  NBS is a feature that we used in

12   PIP, No-Fault, delineating a claim where

13   we have received a suit from a provider or

14   someone.

15      Q.      Does NBS stand for something?

16      A.      No.  It stands for no-fault

17   benefit suit, I think.  I'm not sure.

18              But we use the NBS feature to

19   keep track of the suits that we receive on

20   PIP claims when we have denied a bill for

21   not being medically necessary or

22   reasonable and someone is contesting it.

23      Q.      On the very bottom, in little

24   letters, it says "average biweekly mail

25   count."  Do you know what that means?

93

1                          J. PHAM

2          A.      No.

3          Q.      Have you ever heard of the term

4     "TCR orientation goals"?

5          A.      Yes.

6          Q.      What are they?

7          A.      I believe they would be the

8     goals that TCR I's or TCR II's have during

9     the orientation period.

10         Q.      And are these goals the same

11    throughout GEICO?

12         A.      No.

13         Q.      How are they different?

14         A.      They would differ based on the

15    location.

16         Q.      And how were they different?

17         A.      I'm not sure, based on each

18    individual region sets their own goals, so

19    I wouldn't know necessarily how they are

20    all different.  I'm not even sure I would

21    know what our orientation goals are.

22    Generally they are a subset of what the

23    regular goals are.

24         Q.      So there are regular goals?

25         A.      Well, the goals, for example,

94

J. PHAM

1
2      in the exhibit that you gave, Exhibit 6,
3      you have goals there.  Generally the
4      orientation goals would be something akin
5      to those.  Generally they are the same
6      categories for a given year, they may be
7      with lower expectations on the same goals.
8                 MS. RUDICH:  I'm going to ask
9      that this next document be marked as Pham
10     Exhibit 8.  It is a one-page document
11     entitled "TCR II Orientation Goals, 2004,"
12     and it has GEICO Bates stamp 149.
13                 (Pham Exhibit 8 marked for
14     identification.)
15        Q.      Have you ever seen this
16     document before?
17        A.      No.
18        Q.      Is this a company document?
19        A.      No.  This would have been --
20     this looks to have been the orientation
21     goals in I would guess Woodbury for TCR II
22     in 2004.
23        Q.      And how do you know that it is
24     just limited to Woodbury?
25        A.      Because it appears to have

1                    J. PHAM
2    Carol Vilar's signature on it, and Candace
3    Harper's.  And the orientation would
4    differ based on the location and the time
5    frame.
6        Q.    You never saw this document
7    before?
8        A.    Correct.
9        Q.    Have you ever seen orientation
10   goals, TCR II orientation goals, for
11   different regions?
12       A.    Yes.
13       Q.    You have?
14       A.    Yes.
15       Q.    But you haven't seen the one
16   for your region?
17       A.    Right, I haven't seen -- I have
18   seen them over different time periods.
19   For example, when I was a TCR II, I saw
20   orientation goals.  They weren't this.
21       Q.    I understand that.
22             But could it have been -- could
23   GEICO itself have made different
24   orientation goals from the time that you
25   were a TCR II?

96

J. PHAM

1

2      A.      Who at GEICO?

3      Q.      The home office.

4      A.      The home office doesn't set

5   goals.

6      Q.      How do you know that?

7      A.      Because I set goals, my manager

8   sets goals, because the appraisal of

9   performance is left up to the supervisors

10   and managers in that location.

11      Q.      I understand you set the

12   specific number for the goals.  But what

13   about the items in the goals?

14      A.      The categories in the goals are

15   generally set as well or have been set as

16   well by managers and supervisors.

17      Q.      So the categories and goals are

18   not set by the GEICO home office?

19      A.      Correct.

20      Q.      They are set by the region

21   office?

22      A.      Yes.  And we are moving to now

23   -- at this time, in 2004, they were set by

24   all the original regions.  We would like

25   to and are in the process of moving our

J. PHAM

2   goals to be more consistent between the

3   regions, just the categories.

4        Q.      Have you ever seen any

5   documents that come out of GEICO home

6   office that sets forth the categories that

7   should be listed on the goals for a

8   specific position?

9        A.      Not until probably late 2009,

10  for TCR II positions.

11       Q.      How about for TCR I?

12       A.      Same thing.

13       Q.      So in late 2009 you saw a

14  document come out -- you saw this

15  document?

16       A.      Yes.  Through the Liability

17  directors, they have been working through

18  what the potential goals might look like.

19       Q.      Consistent throughout the

20  company?

21       A.      Right, categories.

22       Q.      Categories?

23       A.      Yes.  Those goals, I have not

24  seen any orientation goals.  I have only

25  seen regular goals.

98

1               J. PHAM

2     Q.     And what documents have you

3  seen related to these?

4     A.     I have seen the categories that

5  would have said these are the categories,

6  these are the core metrics that we would

7  like to measure everyone.

8     Q.     And did you see these on Genie?

9     A.     No.

10     Q.     These were an actual piece of

11  paper?

12     A.     Yeah, these would have been

13  pieces of paper.

14     Q.     Do you have your own copies of

15  these?

16     A.     I'm sure I do somewhere, yeah.

17          MS. RUDICH:  I'm going to ask

18  that this next document be marked as Pham

19  Exhibit 9.  It is a one-page document

20  entitled "TCR II Goals, 2004," and it has

21  GEICO 150.

22          (Pham Exhibit 9 marked for

23  identification.)

24     Q.     Have you ever seen this

25  document before today, Mr. Pham?

99

1                     J. PHAM

2        A.      No.

3        Q.      Do you know what it is?

4        A.      It looks to be the goals for

5    TCR II in Woodbury in 2004.

6        Q.      And the categories would be for

7    all TCR II's in Woodbury?

8        A.      Yes.

9        Q.      And what does NY stand for?

10       A.      New York.

11       Q.      What does NE stand for?

12       A.      I think it stands for New

13   England in this context.

14       Q.      Was New England part of Region

15   II?

16       A.      In 2004, yes.

17       Q.      What does SERT stand for?

18       A.      I don't know.  I think it

19   stands for certification, but I'm not sure

20   that makes sense.

21       Q.      What does TELE stand for?

22       A.      I have no idea.  I would say

23   telephone, but I'm not sure that makes

24   sense either.

25       Q.      And WGT?

100

J. PHAM

1

2      A.      I believe that stands for

3   weight.

4      Q.      Now, BI settlements is bodily

5   injury settlements?

6      A.      Yes.

7      Q.      What does "pending control"

8   mean?

9      A.      Pending control is another term

10   for closure ratio.  In other words, if you

11   start with a pending of 100 files and you

12   receive two files during the month, if you

13   close two files, even if it wasn't the

14   same files, you would have a pending at

15   the end of the month of 100 and your

16   pending control would be 100 percent.

17      Q.      And what's CWPs and drops?

18      A.      I think CWP in this context, I

19   believe it means closed without payment.

20              And I believe drops in this

21   context means bodily injury attorneys

22   dropping claims and indicating they no

23   longer wished to pursue it.

24      Q.      And what is CPR results?

25      A.      I don't know.

101

1              J. PHAM

2      Q.      What is SPR results?

3      A.      SPR should be service

4  performance review, and the reviews done

5  by the supervisor.

6      Q.      And what does SIU refer to?

7      A.      SIUs are Special Investigation

8  Unit, which investigates questionable

9  claims or claims that the examiner

10  believes is fraudulent.  And when the

11  examiner decides that this claim may have

12  some elements of fraud, they would refer

13  the case to SIU.

14              MS. RUDICH:  I'm going to ask

15  that this next document be marked as Pham

16  Exhibit 10.  It is a one-page document

17  entitled "TA2 Examiner Goals, 2007," GEICO

18  148.

19              (Pham Exhibit 10 marked for

20  identification.)

21      Q.      Have you ever seen this

22  document before?

23      A.      Yes, I believe I have.

24      Q.      What is it?

25      A.      This would be the TA2 goals in

J. PHAM

1
2   Woodbury for 2007.

3       Q.     What would you call this

4   document?  If you had to refer to it, if

5   you were asking someone for it, what would

6   you call it?

7       A.     I would call this Woodbury's

8   TA2 goals for 2007.

9       Q.     Now, do all offices throughout

10  GEICO set TA goals?

11      A.     Yes.

12      Q.     They might be different, but

13  they all do that?

14      A.     Yes.

15      Q.     Was it a corporate policy to

16  give or to provide these goals to TA2

17  examiners in 2007?

18      A.     Yes.  We wanted to make sure

19  everybody is aware of their goals at the

20  start of the year.

21      Q.     Where it says "file quality,"

22  do you see that category?

23      A.     Yes.

24      Q.     It says "As measured by

25  supervisors, Regional Audit Team, CHO, or

                    J. PHAM
1
2    any other independent reviews."
3              What does that mean?
4         A.      In 2007, we had -- these are
5    the different entities that might conduct
6    a review of a file.
7         Q.      And what is a Regional Audit
8    Team?
9         A.      In 2007, we had some
10   individuals whose job was specifically to
11   review files in Claims for file quality.
12        Q.      And that would just be within
13   Region II?
14        A.      Yes.
15        Q.      And did all regions have that
16   in 2007?
17        A.      No.
18        Q.      Why did Region II decide to do
19   that?
20        A.      I was not in the region at the
21   time the decision was made.  I understand
22   that the region made the decision to form
23   an audit team because we thought that it
24   would help improve our quality.
25        Q.      Now, what is a supervisor

J. PHAM

1

2  review?

3      A.      That would be an SPR that we

4  referred to there.  It is the supervisor

5  reviewing a file after it has been closed.

6      Q.      Now, do supervisors review all

7  files -- do supervisors review files in

8  all offices throughout GEICO?

9      A.      In most, yes.  I wouldn't say

10  all.  They should.

11      Q.      Is it part of corporate policy

12  to have supervisors review files?

13      A.      I'm not certain it is corporate

14  policy, but yes, it is our expectation

15  that supervisors review some files from

16  their examiners.

17      Q.      In all Claims offices

18  throughout the country?

19      A.      Yes.  We would like supervisors

20  to review a minimum of two files per

21  examiner per month.

22      Q.      And that's a corporate policy?

23      A.      I wouldn't say it is a policy

24  as much as it is an understanding.

25      Q.      It is a corporate

105

J. PHAM

1

2     understanding?

3         A.      Yes.

4         Q.      For all offices, no matter what

5     state or region, except maybe California?

6         A.      Correct.

7         Q.      What is CHO?

8         A.      CHO stands for Claims Home

9     Office.

10        Q.      Is there a Claims Home Office?

11        A.      Yes.

12        Q.      Where is that?

13        A.      Washington, D.C., at the

14    corporate headquarters.

15        Q.      Does the Claims Home Office set

16    forth any policies regarding how a claim

17    should be handled?

18        A.      Yes.

19        Q.      And what are those policies?

20        A.      That would be the claims manual

21    that is kept up to date by them.

22        Q.      Do all Claims offices

23    throughout the country use the same claims

24    manual?

25        A.      Yes, generally.

106

1          J. PHAM

2     Q.     And that's a corporate document

3  that is generated out of the Washington,

4  D.C. Claims Home Office?

5     A.     Yes.

6     Q.     And is that the manual in

7  which -- what's the purpose of this

8  manual?

9     A.     Well, the manual gives

10  guidelines on how the company would like

11  coverage, liability, and damages

12  investigated, the steps to follow to be

13  able to do a good coverage investigation

14  and to be able to come to the right

15  decision as to coverage, liability, and

16  damages.

17     Q.     And this applies for all Claims

18  offices for GEICO?

19     A.     Yes.

20     Q.     And I'm assuming maybe even

21  California they want to do it?

22     A.     Yes, we would like that, yes.

23     Q.     Is each claims examiner given

24  their own copy of the claims manual or is

25  it for the office?

J. PHAM

1

2       A.      No, I believe it is online.

3       Q.      Does the Claims Home Office

4    provide any uniform training for claims

5    examiners after the orientation?

6       A.      Specific to which position?

7       Q.      Specific to the TCR I and II.

8       A.      Yes.  From time to time, Claims

9    Home Office comes out with different

10   training items, most of which are

11   voluntary, some of which may be mandatory

12   based on new developments in law or other

13   processes or procedures.

14      Q.      And these mandatory or

15   voluntary training, are these uniform

16   throughout the country?

17      A.      Yes.  If they are produced by

18   Claims Home Office, it is the same

19   material, yes.

20      Q.      So any TCR I or TCR II in any

21   office would be taking the same training

22   course if it came out of the CHO?

23      A.      Yes.

24      Q.      Is there any type of

25   requirement for a TCR I or II to take a

1                     J. PHAM

2    certain amount of training courses per

3    year?

4         A.     No.

5         Q.     Where it says "Customer service

6    VM and A-call audits," what is that?

7         A.     I believe VM is voice mail.

8    And A-call would be a monitoring of the

9    call to determine if the customer

10   transaction was good.

11        Q.     And who would monitor the call?

12        A.     Supervisors.  I believe in 2007

13   there were other people doing voice mail

14   audits.  And a voice mail audit would just

15   be checking to see you got a voice mail

16   message, did you return it timely.

17        Q.     We have heard the term

18   "features" and we have seen the word

19   "features."  What are features in this

20   context?

21        A.     In the context of claims at

22   GEICO, a feature is really the method by

23   which examiners open and set reserves for

24   payment of claims.  So when you open a

25   feature, it is something that has to be

1                    J. PHAM

2    done in the system.  And opening the

3    feature sets aside a loss reserve for

4    future payment on the claim.

5        Q.      Are the features dependent upon

6    the state law?

7        A.      Yes, some of the features vary

8    by state and some of the features vary by

9    coverage.  So we have different features

10   for different coverages and in different

11   states.

12       Q.      So all claims examiners in a

13   specific state would have the same

14   features that they could open or close,

15   correct?  Let me phrase it a different way

16   to make it easier.

17              All TCR I's or II's within a

18   specific state could have the same

19   features that they could open?

20       A.      All TCR I's and II's basically

21   would have the same pool of features, of

22   which they would have to decide which ones

23   were appropriate to open.

24       Q.      But they are given the same

25   options?

110

1                    J. PHAM

2      A.      Yes.  As long as the coverage

3  is available, which the TCR I's and TCR

4  II's have to determine, they can open a

5  feature associated with that coverage in

6  that state.  So within each claim, the

7  features may be different depending on the

8  loss state and the risk state.

9      Q.      But I'm just saying that TCR

10  I's and TCR II's within a region would

11  have the same ability to open up the same

12  features if they are working on the same

13  type of claims?

14      A.      Yes, generally, yes.

15      Q.      And is this part of the Claims

16  IQ program?

17      A.      No, this is not part of Claims

18  IQ.

19      Q.      Is there a program in which

20  they would do this?

21      A.      It is just generally the claims

22  system.

23      Q.      Is this claims system the same

24  throughout the country?

25      A.      Yes.

111

1                    J. PHAM

2        Q.     So all offices use the same

3    claims system?

4        A.     Yes.

5        Q.     Does it have a name?

6        A.     I believe it is called CRIS,

7    and I don't know what that stands for.  It

8    is in the process of being replaced now.

9        Q.     So all Claims offices

10   throughout the country use CRIS?

11       A.     Yes.

12              MS. RUDICH:  I'm going to ask

13   that this next document be marked as Pham

14   Exhibit 11.  It is a one-page document

15   entitled "TA2 Examiner Goals, 2008," and

16   it has the Bates stamp number GEICO 147.

17              THE WITNESS:  Can I take a

18   quick break?

19              MS. RUDICH:  Of course.

20              (Recess taken.)

21              (Pham Exhibit 11 marked for

22   identification.)

23   BY MS. RUDICH:

24       Q.     Exhibit 11, have you ever seen

25   this before?

112

1                   J. PHAM

2      A.      Yes.

3      Q.      What is this?

4      A.      This would be the Woodbury TCR

5  II examiner goals for 2008.  I think I

6  know what CPR means.  In this context, it

7  is Claims Home Office performance review.

8      Q.      Is there a specific percentage

9  of claims files that the Claims Home

10  Office audits each year?

11      A.      No, there is not a specific

12  percentage.  It is a very, very low

13  percentage that they audit.  They

14  generally will try and do, I think --

15  well, in TCR II, for example, they may do

16  50 files of the thousands and thousands.

17      Q.      Now, I'm just going to look

18  across where it says "CPR audit."  It says

19  "no S."  What does that mean?

20      A.      In an audit, in any audit, S

21  would be satisfactory, NS would be

22  nonsatisfactory.

23      Q.      Now, is 5 the highest number

24  you could get for these specific

25  categories?

113

J. PHAM

1

2    A.      Right, 5 would be the highest

3    rating in any category and 1 would be the

4    lowest.

5    Q.      So it goes from 1 to 5?

6    A.      Correct.

7    Q.      So if you go across the CPR

8    audit to the 5 column, where it says no

9    nonsatisfactories and four satisfactories,

10   is that what that means?

11   A.      Yes.

12   Q.      What does 1Q PRT stand for?

13   A.      I believe that stands for

14   Performance Review Team.  I believe that

15   would be the regional Performance Review

16   Team.  Only Woodbury had that in 2008.

17   Q.      And 1Q stands for first

18   quarter?

19   A.      That's correct.

20   Q.      And S means satisfactory and NS

21   means nonsatisfactory?

22   A.      That's correct.

23   Q.      The supervisor SPR audits are

24   the audits that the individual supervisor

25   does?

114

J. PHAM

1

2     A.      Yes.

3     Q.      What is a CIQ audit?

4     A.      That would have been a Claim IQ

5  audit.

6     Q.      What is a Claim IQ audit?

7     A.      That is the supervisor going in

8  and looking at the claim and making sure

9  that the tool was used in order for the

10  examiner to make their decisions on a

11  claim.

12     Q.      Does the Claims Home Office

13  give any guidelines as to how many CIQ

14  audits a supervisor has to do?

15     A.      No.

16     Q.      That's just something that each

17  office would come up with?

18     A.      That's correct.

19     Q.      What are ARX?

20     A.      ARX are Auto Repair Express

21  Program.

22     Q.      And what is that?

23     A.      It is a fantastic program that

24  we offer for when people are involved in

25  accidents.  What happens is you have the

J. PHAM

1
2  right to have your vehicle repaired
3  anywhere you want when you have an
4  accident.  But if you are eligible for it,
5  if the examiner has determined we are in
6  fact going to make payment on the claim,
7  and if you are an insured with us and you
8  have rental coverage, then you are
9  eligible for the program.
10          What it is, you would show
11  up -- you would express interest in the
12  program and you would show up -- we would
13  set up an appointment for you at a body
14  shop, and you would go to the body shop
15  and our adjuster would be at the body shop
16  as well as Enterprise Rent-A-Car at the
17  body shop.
18          When you get there, repairs on
19  your vehicle would start right away.
20  Enterprise and the shop would be waiting
21  for you.  You would come in.  It takes all
22  the frustration out of repairing your
23  vehicle.  You would get in the rental car
24  right away.  We would call you when the
25  repairs are done, and you would get your

116

1                           J. PHAM

2      car back lickety-split with a guarantee on

3      your car for the repairs.

4           Q.      Now, is this ARX Express, Auto

5      Repair Express, a company-wide program or

6      is it a regional program?

7           A.      It is a company-wide program.

8           Q.      Are audits performed the same

9      way for all offices?

10          A.      Generally the Claim Home Office

11     performance review is conducted the same

12     way.  The other audits, the SPRs should

13     mirror the Claims Home Office performance

14     review criteria.  Like a Claim IQ audit

15     would be specific to a location.  A voice

16     mail audit or any other type of review

17     would be specific to that location.

18          Q.      Just so I'm clear, so the

19     Claims Home Office performance review is

20     conducted the same way regardless of the

21     office in which they are doing the audit?

22          A.      Yes.

23          Q.      And the SPR review should also

24     mirror the uniform Claims Home Office

25     review, correct?

117

1                    J. PHAM

2        A.      Yes.  We would like it to.

3        Q.      So that should be done the same

4   way regardless of the office?

5        A.      Yes.

6        Q.      Now, do all employees within

7   the same job title get the same employee

8   handbooks?

9        A.      Yes, I believe so.

10        Q.      Does GEICO have a central

11   hiring department for TCR I's and II's?

12        A.      No.

13        Q.      So they are done on a regional

14   basis?

15        A.      Yes.

16        Q.      So if your office needs to fill

17   a TCR I position, your office would handle

18   that?

19        A.      Yes.  If we need to fill a TCR

20   I position, we generally will post the job

21   internally first.  We always like to hire

22   from the inside first.  If we don't have

23   enough candidates to fill positions from

24   the inside, then they would look outside

25   and do that ourselves.

J. PHAM

1

2      Q.      So you don't have to go to the

3  Washington, D.C. office and say "I need

4  this position filled" and they handle it?

5      A.      No.

6      Q.      Does GEICO have company-wide

7  policies regarding the hiring or firing

8  of -- let me split that up.

9              Does GEICO have a company-wide

10  policy regarding the hiring of TCR I's?

11      A.      For TCR I's, I don't believe we

12  do.

13      Q.      How about for TCR II's?

14      A.      I don't believe we do.  It

15  would be rare that we would ever hire TCR

16  II's from the outside.

17      Q.      They are usually promoted

18  within?

19      A.      Correct.

20      Q.      Are all TCR I's entitled to

21  participate in the same general health

22  plans?

23      A.      Yes.

24      Q.      And are all TCR II's entitled

25  to participate in the same general health

1                    J. PHAM

2     plans?

3          A.      Yes.

4          Q.      Are TCR I's entitled to

5     participate in a 401(k) program?

6          A.      Yes.

7          Q.      And are all TCR I's entitled to

8     participate in the same 401(k) program?

9          A.      Yes.

10         Q.      And how about TCR II's, do they

11    participate in the same 401(k) program?

12         A.      Yes.

13         Q.      And do they participate in the

14    same 401(k) program that TCR I's

15    participate in?

16         A.      Yes.

17         Q.      Has the United States

18    Department of Labor ever investigated

19    GEICO for wage and hour purposes?

20         A.      I don't believe so.

21         Q.      Has the New York State

22    Department of Labor ever investigated

23    GEICO for wage and hour purposes?

24         A.      I don't believe so.

25         Q.      Has GEICO ever engaged in any

1                      J. PHAM

2      time studies of what TCR I's do?

3          A.      No.

4          Q.      How about for TCR II's?

5          A.      No.

6          Q.      Are you aware of any other

7      lawsuits that have ever been brought

8      against GEICO for wage and hour violations

9      for TCR I's or II's?

10         A.      No.

11         Q.      You are not aware of them?

12         A.      I'm not aware of any.

13         Q.      There could have been, but you

14     just don't know?

15         A.      I don't believe there were any.

16         Q.      What payroll software does

17     GEICO use?

18         A.      We have our own payroll

19     software.

20         Q.      And what is that?

21         A.      I don't know what it is.

22         Q.      Is there a name for it?

23         A.      Well, our payroll system is

24     called ETAS, Electronic Time and

25     Attendance System.  We use PeopleSoft as

1                      J. PHAM

2      our general HR software.  I don't know if

3      that's what processes the payroll or not.

4      It could be a proprietary system that we

5      developed.

6          Q.      Since May of 2003, have TCR I

7      and II's, have they been classified as

8      exempt under the FLSA?

9          A.      I believe so.

10              MS. RUDICH:  Just give me a

11     minute.

12              (Recess taken.)

13              MS. RUDICH:  I have nothing

14     further.

15              MR. HEMMENDINGER:  I have a

16     couple of questions.

17     EXAMINATION BY MR. HEMMENDINGER:

18         Q.      John, take a look at Pham 5,

19     please.  Where it says under one of these

20     bullet points "may settle PIP and/or

21     medical claims," and above that it talks

22     about BI settlements, can you explain the

23     difference between BI and medical claims?

24         A.      BI is bodily injury,

25     third-party coverage.  I believe medical

                           J. PHAM

1

2    claims refer to first-party medical

3    claims, which would be in some states they

4    have personal injury protection as a

5    coverage and in some states they have

6    MedPay as a coverage.  That's what the

7    difference would be.

8         Q.     Pham 8, if you would take a

9    look at that.  Look at item 3 at the very

10   top.

11        A.     Yes.

12        Q.     Does that refresh or bring to

13   mind anything about the application of

14   where this document is used?

15             MS. RUDICH:  Objection.  You

16   could answer.

17        Q.     You could go ahead and answer.

18        A.     Yes.  Because it says "Region

19   II states," it would have been used at

20   this time in 2004, Region II was not only

21   responsible for New York, but was also

22   responsible for all the New England

23   states.  So there would be different BI

24   threshold rules or laws that the TCR II's

25   would need to learn and be able to apply

123

1          J. PHAM

2     and make decisions on.

3          Q.     You mentioned Claims Home

4     Office being located in Washington, D.C.

5     do you know whether it is actually in

6     Washington or Maryland?

7          A.     It is in our Chevy Chase,

8     Maryland office, which is on the border of

9     Washington, D.C., and it has two

10    addresses, one in Washington and one in

11    Chevy Chase.  So they are used

12    interchangeably at times.  Sorry about

13    that.

14         Q.     You talked about the TCR I's

15    and the TCR II's both using the CRIS

16    system to open features, right?

17         A.     Yes.

18         Q.     Would the TCR I's and the TCR

19    II's be using all of the same features?

20         A.     Not necessarily.  The TCR II's

21    would be the only ones using the BI

22    features.

23         Q.     You were asked some questions

24    in which you did not know the answers

25    about the history of the classification of

124

1                          J. PHAM

2      the TCR I and TCR II jobs as nonexempt

3      from overtime.

4                  Prior to this deposition, did

5      you participate in the preparation of

6      answers to interrogatories in this case?

7          A.     Yes, I did.

8          Q.     Was that topic covered in those

9      answers to interrogatories?

10         A.     I believe so.

11                MR. HEMMENDINGER:  That's all I

12     have.

13                MS. RUDICH:  I just have one

14     follow-up question.

15     EXAMINATION BY MS. RUDICH:

16         Q.     How many features in total are

17     there in the Claims IQ?

18         A.     Under Claims IQ, features

19     aren't under Claims IQ.

20         Q.     Features aren't part of Claims

21     IQ?

22         A.     No, features are in the CRIS

23     system, in the claims system.

24         Q.     How many total features are

25     there in all in CRIS?

125

J. PHAM

1

2      A.      I don't know.  There is a lot

3  of them.

4      Q.      Is it more than 50?

5      A.      Probably, yes.

6      Q.      And how many features do TCR

7  I's have access to?

8      A.      They would have access to

9  essentially all of them if a loss

10 occurred, depending on the loss state or

11 risk state.

12             So, in other words, if you had

13 a New York loss, which is handled in the

14 New York office, but there was a different

15 risk state, different features may apply

16 because of the different coverages

17 afforded to the first party under that

18 state.

19     Q.      How many CRIS features would a

20 TCR II have access to?

21     A.      The same amount.

22     Q.      Is that the same in every

23 claims office throughout the country?

24     A.      Yes.

25             MS. RUDICH:  No further

126

1                    J. PHAM

2      questions.

3                    MR. HEMMENDINGER:  I want to

4      add something for the record before we go

5      off the record.

6                    MS. RUDICH:  Sure.

7                    MR. HEMMENDINGER:  The witness

8      wouldn't be in a position to know this

9      necessarily, but I want to make the record

10     clear, GEICO has had one encounter with

11     the Department of Labor concerning its

12     jobs.  It concerned the auto damage

13     adjuster job, which at that time was

14     called material damage adjuster.

15                   It was sued by the Department

16     of Labor in the United States District

17     Court in Maryland, and the company won the

18     case, in 1978.

19                   MS. RUDICH:  Okay, that is

20     fine.  There wasn't any other lawsuits

21     brought?

22                   MR. HEMMENDINGER:  Concerning

23     TA I or II, no.

24                   MS. RUDICH:  How about for any

25     other claim?

127

1                    J. PHAM

2              MR. HEMMENDINGER:  Well, we

3     have had a lot of claims on the auto

4     damage adjusters.

5              MS. RUDICH:  These are the auto

6     adjusters?

7              MR. HEMMENDINGER:  Yes.

8              MS. RUDICH:  None for the

9     claims examiners?

10             MR. HEMMENDINGER:  We never

11    before had a claim that the inside

12    adjusters, the telephone-type adjusters or

13    examiners, were misclassified as exempt

14    from overtime.

15             (Continued on the next page.)

16

17

18

19

20

21

22

23

24

25

1                    J. PHAM

2              MS. RUDICH:  We can go off the

3    record.

4

5              [TIME NOTED:  1:01 p.m.]

6

7

8

9

10

11

12

13

    _____

14              JOHN W. PHAM

15

    _____

16    Subscribed and sworn to

    before me this _____

17    day of _____, 2010.

18    _____

      Notary Public

19

20

21

22

23

24

25

129

**I N D E X**

WITNESS          EXAMINATION BY          PAGE

PHAM             RUDICH                  3, 124
                 HEMMENDINGER            121

**E X H I B I T S**

PHAM             DESCRIPTION             PAGE

Exhibit 1   Notice of Deposition   8
Exhibit 2   GEICO 00277            52
Exhibit 3   GEICO 00248            54
Exhibit 4   GEICO 00254            58
Exhibit 5   GEICO 00255            62
Exhibit 6   GEICO 00061-00063      85
Exhibit 7   GEICO 00078            90
Exhibit 8   GEICO 00149            94
Exhibit 9   GEICO 00150            98
Exhibit 10  GEICO 00148            101
Exhibit 11  GEICO 00147            111

DIRECTIONS NOT TO ANSWER

Page     Line
     (NONE)

REQUESTS

Page     Line
     (NONE)

130

1

2          CERTIFICATION

3

4     I,  TODD DeSIMONE, a Notary Public for

5   and within the State of New York, do

6   hereby certify:

7     That the witness whose testimony as

8   herein set forth, was duly sworn by me;

9   and that the within transcript is a true

10  record of the testimony given by said

11  witness.

12    I further certify that I am not related

13  to any of the parties to this action by

14  blood or marriage, and that I am in no way

15  interested in the outcome of this matter.

16    IN WITNESS WHEREOF, I have hereunto set

17  my hand this 24th day of March, 2010.

18

19

          _____

20              TODD DESIMONE

21

22          *      *      *

23

24

25

1
2                      **ERRATA SHEET**
              **VERITEXT REPORTING COMPANY**
3
     CASE NAME: HARPER V. GEICO
4    DATE OF DEPOSITION: 3/24/10
     WITNESS' NAME: JOHN W. PHAM
5
     PAGE/LINE(S)/      CHANGE              REASON
6    _____/_____/_____/_____
     _____/_____/_____/_____
7    _____/_____/_____/_____
     _____/_____/_____/_____
8    _____/_____/_____/_____
     _____/_____/_____/_____
9    _____/_____/_____/_____
     _____/_____/_____/_____
10   _____/_____/_____/_____
     _____/_____/_____/_____
11   _____/_____/_____/_____
     _____/_____/_____/_____
12   _____/_____/_____/_____
     _____/_____/_____/_____
13   _____/_____/_____/_____
     _____/_____/_____/_____
14   _____/_____/_____/_____
     _____/_____/_____/_____
15   _____/_____/_____/_____
     _____/_____/_____/_____
16   _____/_____/_____/_____
     _____/_____/_____/_____
17   _____/_____/_____/_____
     _____/_____/_____/_____
18   _____/_____/_____/_____
     _____/_____/_____/_____
19   _____/_____/_____/_____
20
     _____
21             JOHN W. PHAM
22   SUBSCRIBED AND SWORN TO
     BEFORE ME THIS_____DAY
23   OF_____,2010.
24   _____
            NOTARY PUBLIC
25   MY COMMISSION EXPIRES_____