UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CANDACE HARPER, Individually and on
Behalf of All Other Persons Similarly Situated,

                    Plaintiffs,

                    09-cv-2254 (LDW) (ARL)

        -against-

GOVERNMENT EMPLOYEES INSURANCE
COMPANY a/k/a GEICO,

                    Defendant.
------------------------------------------------------------X

**[PROPOSED]**
**ORDER GRANTING PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION**

On this __ day of _____ , 2010, the Court having considered Plaintiffs' Motion for Conditional Certification Pursuant to Section 16(b) of the Fair Labor Standards Act, 28 U.S.C. § 216(b), and having considered said motion and the accompanying papers in support thereof, any responses and replies, the arguments of counsel, and all related evidence, hereby

GRANTS Plaintiffs' Motion for Conditional Certification, and it is

THEREFORE, ORDERED, ADJUDGED AND DECREED THAT a collective action consisting of all persons who are or were formerly employed by Defendant as Telephone Claim Representative I, Telephone Adjuster Examiner I, Telephone Claim Representative II, and Telephone Adjuster Examiner II in the United States, except for in the State of California, at any time since May 26, 2006 to the entry of judgment in this case is hereby certified,

And IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that within 14 days of the effective date of this order, Defendant is directed to produce to Plaintiff's counsel a list, in electronic format, of all persons employed by Defendant as Telephone Claims

Representative I, Telephone Claims Representative II, Telephone Adjuster Examiner I, and Telephone Adjuster Examiner II from three years back from the date of the order to the present including: name, address, telephone number, social security number, dates of employment, location of employment, employee number, if any.

   And IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that within 14 days of the effective date of this order that the parties are ordered to meet and confer and report back to the Court as to a form of notice and to provide the same to the Court and, if they disagree, each side to provide their proposed order to the Court with no more than a three page letter explaining that parties position as to any disputed issues.

Date:_____     _____
                     Mag. Judge Arlene R. Lindsay