# KLAFTER OLSEN & LESSER LLP

### ATTORNEYS AT LAW

Two International Place • Suite 350 • Rye Brook, NY 10573
914-934-9200 • Fax 914-934-9220 • www.klafterolsen.com

November 19, 2009

BY ECF

Hon. Arlene E. Lindsay
United States District Court
   Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   *Harper v. GEICO*
              09-CV-2254 (LDW)(ARL)

Dear Lindsay:

      We represent the Plaintiff in this action.

      By docket Order of today's date, Judge Wexler referred Plaintiff's letter of yesterday's date to Your Honor for consideration. A copy of that letter is attached, wherein Plaintiff requests that her motion for conditional certification be renewed in light of Judge Wexler's denial of Defendant's motion for summary judgment.

      We await Your Honor's direction as how to proceed.

                             Respectfully submitted,



                             Seth R. Lesser

Cc: All Counsel of Record (via ECF)

KO&L

NEW YORK • NEW JERSEY • WASHINGTON, DC