UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CANDACE HARPER,

               Plaintiff,

    - against -　　　　　　　　　　　　　　　　**JUDGMENT**
    　　　　　　　　　　　　　　　　　　　　　CV-09-2254 (LDW)(GRB)

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

               Defendant.

-------------------------------------------------------------X

      A Memorandum and Order of Honorable Leonard D. Wexler, United States District Judge, having been filed on November 4, 2013, denying Plaintiff's motion for partial summary judgment, granting Defendant's motion for summary judgment, and directing the Clerk of Court to close the file in this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendant; that Plaintiff's motion for partial summary judgment is denied; that Defendant's motion for summary judgment is granted; and that this case is hereby closed.

Dated:  Central Islip, New York
         November 6, 2013

                                                                   DOUGLAS C. PALMER
                                                                   Clerk of the Court

                                          By:    /s/ Catherine Vukovich
                                                           Deputy Clerk