UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CANDACE HARPER, Individually and on
Behalf of All Other Persons Similarly Situated,

                           Plaintiff,

-against-

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,
                         Defendant.
--------------------------------------------------------X

MEMORANDUM AND ORDER

CV 09-2254

(Wexler, J.)

WEXLER, District Judge:

Presently before the court is the Report and Recommendation ("R&R") of Magistrate Judge Gary R. Brown, which recommends that Defendant's motion to decertify Plaintiffs' collective action be denied without prejudice to renew following an evidentiary hearing. The R&R was filed on the Court's ECF system on July 21, 2015. The time to file objections having passed without receipt of such objections, the R&R is hereby adopted. See 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72. The motion to decertify the collective is denied without prejudice to renew following the evidentiary hearing scheduled for September 30, 2015 at 10 am. The Clerk of the Court is directed to take appropriate action as to the motion at ECF docket entry 174.

SO ORDERED

                                  s/ Leonard D. Wexler
                                  LEONARD D. WEXLER
                                  UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York.
       August 31, 2015

1