UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CANDACE HARPER, Individually and on Behalf :
Of All Other Persons Similarly Situated, :

                                Plaintiffs, :

                   -against- :

GOVERNMENT EMPLOYEES INSURANCE :
COMPANY a/k/a GEICO, :

                           Defendant. :

No. 2:09-cv-02254 (LDW)(GRB)

---

## JOINT STIPULATION TO ACCEPT REPORT AND RECOMMENDATION ENTERED BY MAGISTRATE JUDGE GARY R. BROWN AND TO TOLL OPT-IN PLAINTIFFS' STATUTES OF LIMITATIONS FOR A PERIOD OF 45 DAYS FROM DECEMBER 31, 2015

Plaintiffs Candace Harper et al ("Plaintiffs") and Defendant Government Employees Insurance Company a/k/a GEICO ("Defendant") (collectively, the "Parties") hereby stipulate, by and through their respective counsel of record, as follows:

1. Magistrate Judge Gary R. Brown issued a Report and Recommendation on November 16, 2015 (the "R&R") (Docket No. 191) in which he recommended that Defendant's motion to decertified be granted;

2. The parties then agreed to extend, until December 21, 2015, the date for Plaintiffs' filing of objections to the R&R (Docket No. 192), which the Court approved on November 23, 2015; and

3. The parties, after further discussions, have agreed that in exchange for Plaintiffs not filing an objection to the R&R, the R&R should be accepted by the Court and that, in addition, those opt-in Plaintiffs whose claims in this action would be dismissed by the acceptance of the Court of the R&R, and whose statutes of

limitations for the claims asserted in this case would start to run anew upon

decertification of the previously conditionally certified collective, should be tolled

for a period of 45 days from December 21, 2015, until February 4, 2016; and

THEREFORE, it is hereby stipulated and agreed that the parties believe and agree that

the Court should adopt Magistrate Judge Brown's Report and Recommendation and that the

previously conditionally certified collective in this case (Docket Nos. 36 and 46) should be

decertified and it is further

HEREBY STIPULATED AND AGREED that the statutes of limitations for all opt-in

Plaintiffs who joined this action and whose statute of limitations were tolled upon their entering

the conditional certified (and now to be decertified collective action) shall be tolled for an

additional period of 45 days from December 21, 2015, until February 4, 2016.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 21 , 2015

By:_____

Attorneys for Plaintiffs
Seth R. Lesser
Fran L. Rudich
Kurt B. Olsen
Michael H. Reed
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Tel: (914) 934-9200

By:_____

Attorneys for Defendant
Eric Hemmendinger
Shawe & Rosenthal, LLP
One South Street, Suite 1800
Baltimore, MD 21202
Main: 410-752-1040
Direct:410-843-3457

-and-

Barry I. Levy☐
Kenneth A. Novikoff
Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY 11556

Tel: (516) 357-3000

IT IS SO ORDERED,

LEONARD WEXLER
UNITED STATES DISTRICT JUDGE

Central Islip. NY
1/6/16